# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO
———
CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

September 29, 2011

The Honorable Judge Kiyo A. Matsumoto
United States District Court Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *USA v. Russo et al,* **11-cr-30-SLT**
               **Angelo Spata Travel Request**

Dear Judge Matsumoto:

    I am writing to request permission for this Court to modify Mr. Angelo Spata's bail conditions to allow him to travel to Del Ray Beach, Florida from October 13, 2011 until October 17, 2011. The purpose of the trip is to attend the 80th birthday celebration of Mrs. Spatas' aunt, Dora Lindsley. If Mr. Spata is allowed to travel to Florida he will be staying at the home of his wife's cousin, Tina Agostinelli, at 1000 Palm Trail, House #12, Del Rey Beach, Florida 33483.

    Mr. Spata's Pretrial Officer Jeannine Quijije of Pretrial Services and the Government (AUSA Elizabeth Geddes) have consented to this travel request.

                                         Very truly yours,

                                         Joseph Corozzo

cc:    All United States Attorneys via ECF
        Pretrial Officer Jeanine Quijije via facsimile (718) 613-2568