# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO
———
CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

November 7, 2011

The Honorable Judge Kiyo A. Matsumoto
United States District Court Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **USA v. Russo et al, 11-cr-30-SLT**
**Angelo Spata Travel Request**

Dear Judge Matsumoto:

I am writing to request permission for this Court to modify Mr. Angelo Spata's bail conditions to allow him to travel to Orlando, Florida from November 15-17. The purpose of the trip is to attend the International Association of Amusement Parks and Attractions (IAAPA) convention. If Mr. Spata is allowed to travel to Florida he will be staying at the Hilton Orlando located at 6001 Destination Parkway, Orlando, Florida 32819.

Mr. Spata's Pretrial Officer Jeannine Quijije of Pretrial Services and the Government (AUSA Elizabeth Geddes) have consented to this travel request.

Very truly yours,

*/s/ Joseph Corozzo/*
Joseph Corozzo

cc:   All United States Attorneys via ECF
Pretrial Officer Jeanine Quijije via facsimile (718) 613-2568