# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO
———
CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

January 16, 2012

The Honorable Judge Kiyo A. Matsumoto
United States District Court Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *USA v. Russo et al,* **11-cr-30-SLT**
       **Angelo Spata Travel Request**

Dear Judge Matsumoto:

  I am writing to request permission for this Court to modify Mr. Angelo Spata's bail conditions to allow him to travel to Gibsonton, Florida from February 8-12. The purpose of the trip is to attend the International Independent Showman's Association Tradeshow. If Mr. Spata is allowed to travel to Florida he will be staying at the Seminole Hard Rock Hotel located at 5223 North Orient Road, Tampa, Florida 33610.

  Mr. Spata's Pretrial Officer Jeannine Quijije of Pretrial Services and the Government (AUSA Elizabeth Geddes) have consented to this travel request.

          Very truly yours,

          /s/ Joseph Corozzo
          Joseph Corozzo

cc: All United States Attorneys via ECF
   Pretrial Officer Jeanine Quijije via facsimile (718) 613-2568