UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

      -against-                            Ind. No. 11 Cr. 30 (S-4)(KAM)

ANGELO SPATA,

              *Defendant.*

-------------------------------------------------------------X


### EXHIBITS IN SUPPORT OF
### MEMORANDUM IN AID OF SENTENCING
### ON BEHALF OF ANGELO SPATA


SARITA KEDIA
SARITA KEDIA LAW OFFICES, P.C.
5 East 22nd Street, Suite 7B
New York, New York 10010
(212) 681-0202
skedia@kedialaw.com

*Attorney for Angelo Spata*

## List of Exhibits

Letter of Chip Cafiero................................................................................................................A

Letter of Vincent F. Spata.........................................................................................................B

Letter of Lucille Randazzo........................................................................................................C

Letter of Msgr. David L. Cassato.............................................................................................D

Letter of Carlo A. Scissura, Esq..............................................................................................E

Letter of Susan Spata................................................................................................................F

Letter of Alfred Polizzotto, III, Esq.........................................................................................G

Letter of Dolores Giovanelli.....................................................................................................H

Letter of Sally Puma..................................................................................................................I

Letter of Carolyn Cottrell..........................................................................................................J

Letter of Daniell Foti.................................................................................................................K

Letter of Joyce Persico..............................................................................................................L

Letter of Gina Piazza.................................................................................................................M

Letter of Luciana Spata.............................................................................................................N

Letter of Carmine Spata............................................................................................................O

Letter of Angelo A. Spata III....................................................................................................P

Letter of Angelo Spata, Sr.........................................................................................................Q

Letter of Giovanna Spata...........................................................................................................R

Letter of JoyceAnn Persico........................................................................................................S

Letter of Desiree Cazzetta.........................................................................................................T

Letter of Marie Barone..............................................................................................................U

Letter of Lucille Spata..............................................................................................................V

Letter of Andrew Foti................................................................................................................W

Letter of Ramon Rosario...........................................................................................................X

Letter of Rev. Msgr. Joseph P. Calise.................................................................................Y

Letter of Frank J. Franz...................................................................................................Z

Letter of Peter J. Abbate, Jr. .........................................................................................AA

Letter of Kristy Smith....................................................................................................BB

Letter from Valerio Ferrari.............................................................................................CC

Letter of Barbara Piazza................................................................................................DD

Letter of Marty Markowitz.............................................................................................EE

Letter of Rev. Father Michael Lousi Gelfant...................................................................FF

Letter of Louis Aurrichio................................................................................................GG

Letter of Joseph DiMartino.............................................................................................HH

Letter of Vincent Avitabile..............................................................................................II

Letter of Jayme Perlman.................................................................................................JJ

Letter of Teri Faicco......................................................................................................KK

Letter of Joseph Mure, Jr...............................................................................................LL

Letter of Mort Berkowitz................................................................................................MM

Letter of Rev. Msgr. Alfred LoPinto, MSW......................................................................NN

Letter of Domenic M. Recchia, Jr...................................................................................OO

Letter of Carl Bonomo....................................................................................................PP

Letter of Maria Gaetano Catalano...................................................................................QQ

Letter of Josephine M. Curcio.........................................................................................RR

Letter of Maria Faicco....................................................................................................SS

Letter of Reverend Joseph G. Fonti, STL.........................................................................TT

Letter of Santo N. Gaetano.............................................................................................UU

Letter of Kathleen Kennedy............................................................................................VV

Letter of Giuseppe Mazzaferro........................................................................................WW

Letter of Denise Piccolo.................................................................................................XX

Letter of Imani Jackson Rosario, M.D. ...........................................................................YY

Letter of James D'Alesandro...........................................................................................ZZ

"Gourmet Food Trucks Arrive in Hard-Hit Coney Island" (THE WALL STREET JOURNAL) ...................................AAA

Letter of Jaclyn Piazza ..................................................................................................BBB

Letter of Angela D'Apice................................................................................................CCC

Letter of Anthony Reitano..............................................................................................DDD

Letter of Msgr. Jamie J. Gigantiello................................................................................EEE

Letter of Johanna Zaki..................................................................................................FFF

Letter of Michael Jr. and Tara Persico...........................................................................GGG

# EXHIBIT A

# Blu Buffalo Consultants LLC

9728 Third Avenue, Suite 502 Brooklyn, NY 11209

Chip Cafiero (917) 882-5066                     Charles Pomaro (347) 203-0186

January 18, 2013

To The Honorable District Court Judge Kiyo A. Matsumoto:

I am writing this letter on behalf of the defendant Angelo Spata Jr.

I am a former NYC Public School teacher (34 years, retired in 2003) with five children all of whom I raised in the Bay Ridge community. I have been a community activist in the Southwest Brooklyn area for the past 35 years. I was a founding member of numerous civic organizations including the SWB Parks Task Force, the Community Emergency Response Team (CERT1NYC), BRAG (Bay Ridge Against Graffiti), and the Shore Road Parks Conservancy, and an active member in many other community and merchant organizations. I was also the Community Events Coordinator for State Senator Martin J. Golden for seven years and still produce most of his events. I have received awards and recognition from dozens of groups and from local, city, state, and federal political leaders. All of my accomplishments would not be possible without the support from the numerous dedicated workers and volunteers that I have been blessed with over the years. Angelo Spata is one of those special individuals that played a major role in adding to the success of our events for over 20 years.

I met Angelo when he was a student at Xaverian High School and he volunteered to help clean up the Shore Road parks. He was a hard working, very amicable, individual who stood out amongst his peers. We developed a friendship and he introduced me to his parents who offered to help develop the 3rd Avenue Festival which was an event I had been asked to manage. From that day forward the Spata family and I became close friends. Their devotion to strong family values, respect, helping others, and maintaining the quality of life in our community were most admirable attributes.

Over the years Angelo Jr. and I worked on many projects together. His participation and assistance in all our festivals was only a part of our relationship. Many times I called upon him and his family for donations or assistance with community projects and never did they turn me away. Angelo Jr. has been on the committee and actively volunteered with the construction of our "Haunted Halloween Walk", a free event in the park which attracts over 15,000 individuals each year. He has donated hamburgers and hot dogs and personally came and cooked at our annual volunteer picnic. He has donated food and entertainment at our "National Police Night Out" each year, prizes for our Easter Egg Hunts ,and toys for our Santa's Workshop.  All without hesitation and never asking for anything in return and never wanting praise or recognition for his good deeds.

This is why I love and respect Angelo and will always consider him a great friend and caring individual.

If you have any questions please feel free to contact me at 917 882-5066.  You can also goggle my name for further verification.

Respectfully,

*Chip Cafiero*

Chip Cafiero

# EXHIBIT B

January 21, 2013

District Court Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Angelo Spata

Dear Judge Matsumoto:

My name is Vincent F. Spata, and I am the defendant Angelo Spata's brother. I am an attorney in New York, a devoted husband, and the father of two children.

Being the proud older brother of Angelo Spata, I respectfully ask this Honorable Court to be lenient in the sentencing of my brother. Before I delve into the many generous contributions my brother has made to his community, I am compelled to illustrate to Your Honor how my "baby" brother has helped shape and mold me into the person I am today. My brother and I come from a modest, hard-working, middle class family. Our parents dedicated many long hours of work to make sure my brother and I never wanted for anything. My dad was a butcher by trade, and my mother was not only a housewife and mother but also dedicated countless hours to my family's business.

It was always important to my parents to provide their children with the best education, but there was a time when my parents were not able to afford to send both my brother and me to college. My brother, who always put others before himself, sacrificed furthering his own education to help my father, who at the time was too ill to take care of the family business. My brother's sacrifice allowed me to pursue my dream of becoming an attorney.

Another example of my brother's generosity to others occurred when I was in law school. My brother not only took care of my duties in the family business, but he also assisted by helping me pay for my textbooks and making sure that I had money in my pocket to travel back and forth to school. The only repayment he required was for me to make sure that there was a law degree on my wall to justify his sacrifice for his older brother.

My brother is a devoted husband and dedicated father of three. I cannot recall a day where he not only drove his children to school but also found the time in his busy schedule to pick them up. He is also a constant staple in all of his children's extracurricular activities. Whether it is a basketball game or a dance recital, he is always present. He has been married for

17 wonderful years, and I would venture to say that he and his wife still act as if they are newlyweds.

My brother has also devoted much of his time to St. Athanasius Church, our parish since childhood. He has always been and continues to be a helping hand to the community. In the wake of the devastation caused by Superstorm Sandy, my brother dedicated significant time and supplies to provide food to people in Coney Island, Brooklyn, who were displaced by the storm. When an entire parish in Howard Beach, Queens, was without power, he provided generators so that the parish had somewhere warm to stay. These are some of the countless, selfless acts of generosity my brother has exhibited, not only toward his family, but to his community and to those outside of his community. I truly believe that my brother is an asset, not only to his family, but to the community as well. To deprive the community of such a valuable source of generosity, love, and philanthropy for any period of time would be devastating.

As a fellow member of the legal community, I truly appreciate and thank Your Honor for the anticipated attention that you will give this correspondence.

Very truly yours,

Vincent F. Spata

# EXHIBIT C

45 HONEY LANE • STATEN ISLAND, NEW YORK K 1 0 3 0 7
P H O N E ( 7 1 8 ) 9 7 4 - 8 8 6 3 • E - M A I L Teach21@aol.com

# LUCILLE RANDAZZO

March 3, 2013

To The Honorable District Court Judge Kiyo A. Matsumoto:

I am writing this letter on behalf of the defendant Angelo Spata. My name is Lucille Randazzo. I am a teacher at Public School 121 in Brooklyn, New York. I hold a Master's Degree in Education, and have been a teacher for 24 years. I am also the mother of two children. I came to know Mr. Spata through his wife, Susan, who has been a co-worker at PS 121, and a friend.

I have known Mr. Spata for approximately 15 years. In that time, Mr. Spata has been extraordinary loyal and dedicated to his family, his community and his friends. He has always been generous to the PS 121 school community, annually making donations to the school in support of our graduating seniors. He has consistently provided our children with rides and games for our "Senior Barbecue," all at his own expense, so that they may enjoy those last few moments before they go off to High School. It is a wonderful celebration of the years the children have spent at our school and wouldn't be possible without the generosity of Mr. Spata.

Mr. Spata was also instrumental in providing communities with relief after Superstorm Sandy. He organized and arranged for his family to prepare food and deliver it to those in need after the storm. He worked closely with community organizations to determine where there was a need and worked tirelessly to meet those needs to the benefit of many people. He also provided generators to people in areas hardest hit by the storm, including those who went without power for many weeks. In the days immediately after the storm, I was working to clear out a flood ravaged home in Oakwood Beach, Staten Island. Mr. Spata arrived, generators in hand, and provided some relief to the members of the community.

Mr. Spata is also a dedicated, involved father to his three children. He frequently attends school events and is always on hand to support his children in their education and their extra-curricular activities such as baseball, dancing school and football. Angelo Jr., Luciana, and Carmine love and respect their father, and are fortunate to have parents that are dedicated to instilling in them positive core values.

Thank you,

Lucille Randazzo

# EXHIBIT D



# st. athanasius church

2154 61st street

BROOKLYN, NEW YORK 11204

tel: (718) 236-0124 • fax: (718) 236-4960

January 28, 2013

The Honorable District Court
Judge Kiyo A. Matsumoto

Re:  Angelo Spata

Your Honor:

I am writing this letter on behalf of the defendant Angelo Spata.  I am
Msgr. David L. Cassato, Pastor of St. Athanasius Church in Brooklyn, New York.
I have known Angelo for the past 25 years.  I feel like he is part of my own
family.  I have officiated at family Weddings, Funerals, and Baptisms.  Angelo is
a good husband, devoted father of three children, and loving son.  I have
baptized his children and I watched them grow over the years.

Angelo always provides fine entertainment in our Parish Bazaar.  On many
occasions, Angelo is extremely giving to those children in need and will provide
them with complimentary tickets for all the amusement stands.

Angelo has always been most helpful to the Church and I can personally
say that any time that I have called upon him to assist in working in our Parish
School or any Youth events in the community.  He has always been there to offer
his assistance.  Angelo is a faithful parishioner, and he and his family attend
Mass weekly.

Angelo Spata shares this reputation for assisting not only here at
St. Athanasius, but with other Churches in the Brooklyn, Queens and New York
City area.  He is certainly a good friend to the Church and the community at
large.

Angelo has always taken his responsibilities very seriously.  I am aware of
his current situation and the difficulties that Angelo is faced with at this moment.
If I may be of any further assistance, please do not hesitate to contact me.

Respectfully,

Rev. Msgr. David L. Cassato
Pastor

# EXHIBIT E

Carlo A. Scissura, Esq.

1275 81st street

Brooklyn, New York 11228

August 1, 2013

Judge Kiyo A. Matsumoto

United States District Court

Eastern District of New York

Dear Judge Matsumoto:

I am writing this letter on behalf of the defendant Angelo Spata.

By way of background, I have been an attorney in private practice for over a decade.  Currently I serve as the President and CEO of the Brooklyn Chamber of Commerce.  I write this letter in my individual capacity.

I have known Mr. Spata for almost two decades and am familiar with both his community work and professional activities.  Mr. Spata has been a true community leader during the time I have known him and I believe he is a special individual.

He has worked with several of the local churches on community events, he has worked to improve the lives of children with his philanthropy and has taken a special interest in the continued renaissance of Coney Island.

In particular, following the horrific damage sustained by Hurricane Sandy, Mr. Spata and his family rolled up their sleeves and ensured that the residents of Coney Island had support.  Mr. Spata personally paid for and fed thousands of residents who had no power, heat or means of support.  He did so on his own, he did not ask for credit, and he did not request any publicity for it.  He did it because it was the right thing to do and there was a clear need in the community.

I truly believe that Mr. Spata should be treated in the most lenient manner by your Court.  I am happy to discuss any additional questions.

Very truly yours,

*Carlo A. Scissura*

Carlo A. Scissura, Esq.

# EXHIBIT F

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Dear Judge Matsumoto:

I am writing this letter on behalf of the defendant, Angelo A. Spata, Jr. My name is Susan Spata, and I am Angelo's wife and the mother of our three children, Angelo (15), Luciana (13), and Carmine (10). I am also a full-time New York City Public School teacher at PS/IS 121 in Brooklyn, New York. I hold a Master's Degree in Education and have been a teacher for 20 years.

After Angelo and I got married, we had our first two children, Angelo III and Luciana. It was a dream for us to have four children, so we continued trying to have more. Eventually, we were blessed with the birth of our son, Carmine. Along the way, I suffered three terribly painful miscarriages, each more difficult than the last. After the third miscarriage, we decided to stop trying. But not long ago, at age 38, I unexpectedly became pregnant again. Unfortunately, I again miscarried. This one was horribly traumatic as it was nearly five months into the pregnancy. I went to the doctor, intuiting that someone was wrong. There was no heartbeat. We were heartbroken. Throughout these difficult times, my husband Angelo has always been there to comfort and support me, even though I know he was suffering too. I don't know if I could have survived these difficult times without him.

Although I have been married to Angelo for a little over 17 years now, and we have three children together, I can truly say that our relationship still feels like we are on our honeymoon. He finds a way to make me and the children feel special. Whether it be his happy-go-lucky disposition in the morning, when the rest of us are a little cranky, just making sure we all wish each other a good day before we leave, or a simple smile, we all know that he is thinking of us throughout the day. Our days would not be the same without him.

Children always need the love and support of both parents, and ours are approaching the age where a father's presence is of the utmost importance. This is especially true for our older son, Angelo III, who is 15. He needs my husband's guidance to survive these difficult teenage years. I know that he especially will suffer greatly if my husband is absent for any length of time.

Angelo has instilled in our children the same work ethic that he grew up with by encouraging them to be the best that they can be. Our children see first hand how hard their father works to ensure that they receive a proper and well-rounded education. He has also taught them the importance of giving back to the community, with the many fundraisers his company participates in throughout the year. Whether it be a free day at any given carnival for the disabled, or donating various concession stands to the Annual Juvenile Diabetes Christmas event, Angelo is always looking to serve his community. We were all very active during Hurricane Sandy and worked along with the Coney Island

Alliance, bringing hot food to those without power and providing fun activities for the children to distract them from the heartbreak that they were going through.

If it were not for my husband Angelo, I would not be the successful teacher that I am. He has always encouraged me to work hard towards my goal, which is to become an educational supervisor. I am afforded this opportunity due to my husband's job keeping him busy when I am off in the summer and vice versa. Our work schedules truly "work" for us. He is there for the children in the winter and I in the summer, when his work demands are especially all-consuming. He in the one who routinely picks up the children from school and gets their homework started, while I work various after-school positions, such as staff development opportunities to help enhance my career, or tutoring sessions to help my students. I often come home from work and find dinner waiting for me. He is a true "Mr. Mom."

Angelo is a true family man in every sense of the word. He comes from a loving family, who is, unfortunately, currently under significant stress. Not only are they faced with this issue concerning their son, but they are also dealing with Angelo's father's health. At this point, my father-in-law's health is poor. He was recently hospitalized to have a stent put in to help maintain his heart, which is not strong. He currently has a pacemaker and is a candidate for a heart transplant. Angelo is the one primarily there for both his mother and father, whether it be driving them back and forth to doctors or keeping them company in the hospital. We also have dinner with them at least once a week, whether it be at their house or ours.

These strong family bonds that Angelo established when he was a child continue to grow with our own children. Angelo is always there for all three of our children, whether it be driving them or picking them up from school or making sure that they are involved in after-school activities. These activities keep all of us busy with practices, games or performances. We attend most of these events as a family to support and encourage each other to always try our best. When we are not at a practice, a game, or a dance recital, we are home. Most of our time at home is spent in the kitchen, cooking, eating, laughing, crying, or just sharing life's trials and tribulations. Our kitchen is the nucleus of our home.

I always knew that I wanted to be a teacher, a wife, and a mother. Angelo has made all three of those dreams come true for me. I am aware that my husband has pled guilty to a crime. I also know that we all make mistakes. Please don't let a mistake that he made become even more detrimental to his family who needs him. I know that my life, as well as his children's, will surely diminish if he is not with us, even for a short while. I hope you will consider a reasonable sentence for Angelo. His children are young and at a vulnerable age. I am tremendously worried as to what his absence would do to them, especially the two boys. As a middle school teacher, I know the importance of a good family life. We are fortunate enough, at this point, to have had that, and I hope that it will continue.

Sincerely,

Susan Spata

# EXHIBIT G

LAW OFFICES

# POLIZZOTTO & POLIZZOTTO, LLC

6911 18TH AVENUE
BROOKLYN, NEW YORK 11204

TELEPHONE 718-232-1250
FAX 718-256-0966

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III•

MIGUEL A. TORRELLAS•
ELENA E. LAMBRAKOS

BONNIE G. BERNSTEIN (OF COUNSEL)
•(ADMITTED NEW YORK, NEW JERSEY)

STATEN ISLAND OFFICE:
8930 RICHMOND AVENUE
SUITE 101
STATEN ISLAND, NY 10312
TELEPHONE 718-227-9711
FAX 718-227-9710

January 29, 2013

Hon. Kiyo A. Matsumoto
Eastern District Court

Dear Judge Matsumoto:

I am an attorney with offices located at 6911 - 18th Avenue, Brooklyn, N.Y. and have been practicing for almost 23 years.

That before my marriage I resided for many years just across the street from the Spata family and have known both Angelo Spata and his family for many years both personally and in business dealings with his family.

I have watched Angelo grow up to be a trustworthy and caring individual, always with a smile and a kind word. He is a good and loving father and husband, a hard worker and spends all of his time working and taking care of his family.

He has a generous heart and every year donates his time and money in helping his family celebrate the Christmas Holidays in giving candy and gifts to children (out of his own pocket) who come from all over the metropolitan area to his parents neighborhood to view the spectacular event known as "Dyker Lights" and also help collect monies for charities. During the aftermath of the terrible hurricane Sandy, he and his mother purchased, with their personal monies, food and cooked and distributed it to needy and displaced people in Coney Island for a period of ten (10) days..

I respectfully submit this letter in the hope that Your Honor will give your kind consideration to my request for leniency in the sentencing of Angelo Spata.

Respectfully,

ALFRED POLIZZOTTO, III

AP:JC

PLEASE RESPOND TO OUR BROOKLYN OFFICE

# EXHIBIT H

I am writing this letter on behalf of the defendant Angelo Spata. Hoping that this will bring some leniency to his sentencing.

My name is Dolores Giovanelli. I am a stay at home Mother of two boys. I worked in the Fashion District up until I had my first child. My education is finishing college at F.I.T in Manhattan with a bachelors in business. Since having children I decided to stay home and raise my children.

I have known Angelo since grammar school. We attended St.Athanasuis School and graduated together in 1988. Angelo was the sweetest boy in the class. Always respectful to everyone. He was like an old soul, always trying to help others even though he was young himself. He was always the boy who stood up for the girls when the other boys would bother us.

We had continued our friendship throughout high school and up through college. Then the day came when my cousin Susan came to me and told me she met an amazing guy. That amazing guy was Angelo Spata. So one of my oldest childhood friends and my cousin were dating. Soon after they fell in love and got married. Angelo was now a part of my family. Susan and Angelo are an amazing couple. They are so much in love up until this very day. Their relationship is one that stays strong and will never let any hardship come between them. Angelo is a terrific husband and treats my cousin with respect, love and compassion.

He is the most dedicated Father that any child could ask for. He would do anything for his three children. He also holds a very close relationship with his parents and older brother. They are a loving and dedicated family. Angelo always found the time to spend with his family and friends. Especially with his wife and kids. Whether it be going out for the day, having a family night at home or taking the family on vacation. Angelo always made sure to spend time with his family.

Angelo also holds a special place in his community. He volunteers his time at his parish where he also attended school. He also donates his time at his kids sports youth leagues when needed. Angelo is someone that is always looking to help others when needed and I am proud to have called him my friend and then cousin for all these years. Hoping that this helps with making your decision keeping a beautiful family together.

Thank you,

*Dolores Giovanelli*

Dolores Giovanelli

# EXHIBIT I

Honorable District Court Judge Kiyo A. Matsumoto

January 6, 2012

To the Honorable District Court Judge Kiyo A. Matsumoto,

 I am writing this letter on behalf of Angelo Spata. I am a teacher since 1985, and I work with Angelo's wife, Susan, for over 20 years. We work at a Title 1 school, where our funds are limited. Every year, Angelo has recreated our schoolyard into a carnival for our graduating seniors to enjoy. Angelo has donated his time, carnival rides and gifts to our graduating classes. He has brought joy to our students with his generosity.

 This is how I know Angelo Spata. I have seen him interact with his wife and children at various school, and Saint Athanasius church functions over the years and I know him as a devoted husband, and father. It is obvious that his three children and wife adore him.

 I hope you will consider all of these factors when determining your final decision.

   Thank you for your time and attention to this matter,

   Sally Puma

# EXHIBIT J

December 17, 2012

To The Honorable District Court Judge Kiyo A. Matsumoto,

I am writing this letter on behalf of the defendant Angelo Spata. I have had the pleasure of knowing Angelo Spata for the past 18 years. I met Angelo through is wife, Sue Spata. Sue and I have worked together at our school for 18 years. To this day, Sue and I continue to work very closely with one another.

I am currently a teacher at PS 121 in Brooklyn. I have an impeccable teaching record and I am highly respected among students, parents and my colleagues. Teachers are a very dedicated breed, but sometimes family and life's issues hinder them from many after school activities and functions that being a teacher can sometimes demand. I can sincerely say that has never been an issue for Sue. Sue has rarely missed any functions that support the school and the reason she has been able to commit so much time after her "required" hours is because of her husband Angelo. At the drop of a hat, she could call him if she needed to stay late to tend to a student or function and without hesitation, Angelo would pick up their three children from school, cook dinner and make sure homework was done.

In addition, Angelo has done many generous acts for our school community. Every Spring, for the past 18 years, Angelo has supported our seniors by donating an outdoor carnival for them. Many of our students come from underprivileged homes and do not have the opportunity engage in fun and exciting carnival games. He donates his time, workers, food and equipment to make sure our seniors have a memory that will last forever. No child should grow up without the experience of winning a stuffed animal of live goldfish from a carnival. Angelo has afforded hundreds of children this opportunity.

I am honored to say that I have had the pleasure to share in their wedding day as well as be a part of the births of their three beautiful children. I have celebrated in Baptisms, Birthdays, Communions, Confirmations and Graduations. During many of those occasions, I have seen Angelo display his love for his family. The relationship he has with his children is exceptional. He has a soft spot for each of his children while maintaining his authority as a father. It is a perfect blend.

Angelo is always looking out for the interest and safety of others. I can recall a time when we were at a school function in Brooklyn. The weather was bad and many of us had to travel home to Staten Island. Concerned for our safety, Angelo opened his home to us, encouraging us to stay there until it was safe to drive again. He made a huge bowl of homemade chicken soup for all 15 of us. We ate, laughed and talked until it was safe to drive again.

Angelo is a true gentleman in every sense of the word. He has old-fashioned qualities, which are not easy to come by these days. He is the first man in a crowd to hold the car door open for you, pull out your chair in a restaurant and even escort you to your car. I have gone out to lunch and dinner many times with Sue and Angelo and never once did he allow me to pay my own way. His generosity is endless.

Despite life's everyday's ups and downs, you can always depend on Angelo to bring a smile to your face. He has a sense of humor like no other. He is quick witted and can always make you laugh at the drop of a hat. That quality may seem small to many, but in today's world with so much negativity and sadness, if one person can make another smile, to me, that is a special gift.

On a personal note, Hurricane Sandy impacted my parents and me. The past few weeks have been physically, financially and emotionally trying for all of us, but it is people like Angelo whose generosity made all the difference. We were without gas, heat and electric for several weeks. Without hesitation, Angelo came to Staten Island from Brooklyn with two generators for my parents and myself. His kind act enabled us to have some sense of normalcy in the midst of our lives being turned upside down. Accompanying him was Sue with a huge container of homemade chicken soup for my family.

We often see devastation on television or in the news from all around the world, but when it happens in one's own back yard, it affects one quite differently. What overwhelmed me the most was the exchange of compassion and sympathy between people who were strangers before this event and Angelo's act was no exception. Not only did he provide relief to my family and me, he did the same for many families in the hardest hit areas. He has clearly inherited a sense of human decency. He is a fine man.

Sometimes it is hard to speak of Angelo independent of Sue and vice-versa. The love, support, respect and understanding they have for one another allow them to branch out and impact many lives in a positive way. If Angelo were to be sentenced for an extended period of time, it would prohibit him from continuing his extraordinary acts of charity and kindness.

It is with a heavy heart that I ask you to please consider a lighter sentence for Angelo Spata. Currently, in the wake of Hurricane Sandy and Sandy Hook Elementary we need more people like Angelo amongst us. One person can make all the difference. The world cannot afford the absence of such a man.

Sincerely,

Carolyn Cottrell

# EXHIBIT K

To The Honorable District Court Judge Kiyo A. Matsumoto,

I am writing this letter on behalf of the defendant Angelo Spata. I am a thirty-eight year old mother of five, school teacher, active church member, and a dear friend of Mr. Spata. I have known Angelo Spata since elementary school and still am close friends with him and his family.

I know Angelo to be a prudent, hardworking, family-oriented and caring man. Growing up with Angelo, he always had one of the biggest hearts a person can have. He is always the one to aid a helping hand in any circumstance. Now as a grown man, husband and father, Angelo still maintains that great quality about him. I remember not too long ago, walking into a restaurant and seeing Angelo eating lunch with a friend. I was there with my children ordering take-out. We said a quick hello because I didn't want to disrupt his meal. When it was time for me to pay my bill the owner of the restaurant said your friend had already taken care of it. Not too many people are humble about their good deeds. Angelo is one of those people who do not gloat about their generous offerings.

As the years passed, I have watched Angelo grow into a great man. He is such a fantastic husband to my friend Sue, and a proud father to his three children who are not only beautiful on the outside but even more so on the inside. It is tough raising children these days, especially in the city. But I have to credit my friend Angelo because he is raising three splendid children; a fifteen year old son, a twelve year old daughter and a nine year old son who are honest, intelligent, respectful, and full of life. He is a hard worker who tries to give his children whatever they need, whether it is advice or materials, even in this tough economy.

I am aware of the events that transpired with Angelo and I truly believe that a prison sentence would be detrimental to all concerned, especially his beautiful children he is raising with his wife. Imprisonment at this time would deprive his children of their father which is so important in this stage of their life. I humbly ask that you do not alter the direction of his life and their lives based on poor actions.

Respectfully yours,

Danielle Foti

# EXHIBIT L

Honorable Judge Kiyo A. Matsumoto,

My name is Joyce Persico, I am writing this letter to you on behalf of the defendant Angelo Spata . I have known Angelo for twenty years, he is married to my daughter, Susan Persico for seventeen years. I am privileged and sincere to say he is like a son and not merely related to me by marriage. I am a seventy seven year old woman and not in the best of health, if ever I am in need I can always depend on him. Angelo is well liked by his friends and neighbors. He is a very considerate person always willing and ready to lend a hand. Together with his parents he manages a productive food and amusement business. Both his mother and father need and rely on his understanding presence.

The first week in November of 2012 "Hurricane Sandy" left many people in a state of devastation. Angelo helped supply generators for homes in Staten Island to have some heat and electric. For many days after he donated food concessions filled with hot meals at the sites where the people were left hungry and homeless.

Angelo is a devoted husband and a loving father to his daughter and two sons who are entering in their teens a time in their lives when a father's presence and guidance is so important.
I hope and pray for leniency in Angelo's sentence.

Sincerely,

Joyce Persico

# EXHIBIT M

Gina Piazza
9801 Shore Road, Apt. 5C
Brooklyn, NY 11209

May 15, 2013

Honorable Kiyo A. Matsumoto
District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: Angelo Spata

To The Honorable District Court Judge Kiyo A. Matsumoto:

My name is Gina Piazza and I am writing to you on behalf of my uncle, Angelo Spata. I am a corporate lawyer at the firm of Tarter Krinsky & Drogin LLP.  I have been a practicing attorney for almost seven years now, and have been with my current firm for a year and one half now.  I am a dedicated and hardworking individual, well liked and respected by all of my colleagues.

Angelo is my aunt's husband, and though he has not been a part of my family forever, he has been a huge part of my life for almost 20 years.  I do not remember a time when he was not there; all of my memories include him, holidays, family vacations, Sunday dinners and so on.  I know you do not know much about him personally and that is why I am writing, to give you a different perspective on the man who sits in front of you charged with a crime.   He is loving, caring, kind and generous; he is family oriented and tries his best to bring everyone together.  He puts my sisters and me in the same category as his own children; even despite our closeness in age, he has always taken a fatherly role when needed.

I am thirty-two years old and my father passed away when I was four years old.  While, it is still important for me to have my uncle around, I am not writing for me.  I am writing for my aunt and her three young children, ages 15, 13 and 9.  I know first hand how difficult it is to grow up in a single parent household, without the support and guidance of two loving parents.  In my case however, there was no option, here there is.   My uncle is a role model to all of his children, they look up to and respect him, he keeps them off the street and in school.  Without his constant presence his children may follow the wrong path.

Simply put, my uncle is a wonderful person, he is an amazing husband, father, son, son-in-law and uncle.  He is an integral part of our family and we all depend on him in one

way or another. To take him from us for an extended period of time would cause unnecessary pain to all of us. I am confident that if you were to meet my uncle under different circumstances you would befriend him and find his character to be both honorable and exemplary. The fact of the matter is that the circumstances are less than ideal, but we fully support him, and will continue to do so, in anyway that we can.

All that being said, I ask you to make your decision as to his sentence in light of the information that I have provided in this letter. Please consider giving him the shortest sentence possible.

Thank you for your time and I hope that my efforts have not been wasted.

Best regards,

Gina Piazza

# EXHIBIT N

I am writing this letter on behalf of Angelo A. Spata Jr. My name is Luciana Spata, I am Angelo's daughter.   I have 2 brothers one older and one younger.   In September I will be in the 8th grade at Genesis Middle School in Xaverian.  Currently with the help of my father, we are preparing my applications for high school.

My Dad and I have a really strong bond and it started when I was born. He takes me everywhere and picks me up all the time. Whether its driving me to dancing school , a friends, school or taking me shopping he does it and never complains.  He gives me everything I want and more. My dad is always thinking of someone else before him. He is willing to make someone else happy and him have to suffer.  He can be going through the worst of times and have a smile on his face. He is the nicest and most caring person I know. My father would drop everything to help me or someone else who needs him. He is the best father a girl can ask for. He is always there for my family and me, especially my grandfather (his father). My grandfather is very sick and my dad is always there for him.

Not only does he make sure we get a ride home from school each day, he always cooking dinner us.   My mom is a school teacher and is often at school late so my dad begins to cook and when she gets home they cook together.  It is fun to watch them together, they love to cook.  He makes sure he is always home for dinner. Sometimes its not only my immediate family sometimes my cousins, grandparents, aunts and uncles come as well. It is usually a lot of fun at my house during dinner time.  And the food is always great. Either before or after dinner my mom usually helps me with most of my homework but I always wait for my dad to get home to help me with my math homework.  He has a way of making math easier.

I am making confirmation October 24th and I would want more then anything for him to be there. It wouldn't be complete with out him. He makes every party special.  I will also be graduating from the 8th grade in June.  These are a few monumental events that will be occurring in my life that will not be the same with out my father.  But the most important events that I will miss with him are the small ones, breakfast, dinner and our daily car rides.  Please consider this when making your decision about Angelo A. Spata, Jr., my dad.

Sincerely,


Luciana Spata

# EXHIBIT O

Dear Judge Kiyo Matsumoto,

Hi my name is Carmine Spata I'm Angelo Spata's youngest son. I am 9 years old and just finished 4th grade. Everyday my dad drops me off at school on time and picks me up on time. He makes sure that I don't for the lunch my mom made for me in the morning. If we have time after we drop my brother and sister off at school, we have breakfast together at dunkin donuts. I love this time before school because he is alone with me his favorite child and I get all of his attention.

My dad also takes me to hockey after school on Tuesday until my mom meets us there after work. He helps put on my gear and he does a pretty good job. Sometimes he takes me to work with him and I'm his best worker. I love going to work with my dad because I get to spend more time with him. When I don't go with him I keep asking my mom when will he get home.

My mom and dad make sure we eat dinner every night together. Sometimes my dad cooks and sometimes my mom. I like when my dad cooks, his food tastes better. Sometimes after dinner we get to watch television or walk to get ices at Uncle Luigi's.

Even though my dad is busy, he makes sure he comes to my basketball games. This year my team won the Championship. He tries to make time to see my brother play sports and watch my sister dance too.

If my dad wasn't here I would be very sad. I would also miss him very much I know he will miss me very much too. I also wouldn't be able to do all of the things I do with him and go to work with him. I love my dad & I hope he will be able to be home to see me in the 5th grade, and be at my graduation.

Thanks,
Carmine Spata

P.S. I am special to him too, because I look exactly like him!!!!!!

# EXHIBIT P

Dear Judge

I am writing this letter on behalf of Angelo Spata Jr. My name is Angelo Spata, III. I am Angelo Spata Jr's oldest son. I have a younger sister and a younger brother. I am a sophomore at Xaverian High school. I also work on the weekends and in the summer with my father, not only to spend time with him but to learn and of course make some spending money.

No matter how hard the situation may be, my dad always looks on the positive side. Whether the problems would be with school, family, sports, or at work he would always tell me "fight, and never give up". All he wants to see in me and his other two kids is for us to succeed. Rather than me hanging out with my friends in the park, my father encourages to either go to work with him or practice whichever sport I am playing that season. He often reminds me nothing comes easy in life, so that's why we must work hard. There is never a day, whether it is summer, winter spring or fall that I don't learn something new about the Amusement industry. My dad and my mom are always reminding me how important school is as well as work. With a good education and hard work I know I will one day become a successful businessman or lawyer.

My father has also showed me the importance of family. Whether it is 5 o'clock or 9 o'clock (depending on our sports or dancing schedule) either my mom or my dad makes sure there's meal ready on the table and a few minutes to talk about our day. Of course sometimes it's too late because now I am older and my games are later we eat whenever we can, but both my parents make sure we are at that table together no cell phones etc. Many times during the school year my dad would cook something, because my mom was working overtime at her school where she teaches. We always eat as a family. And lot's of times not just with my brother, sister, mom & dad, aunts, uncles, cousins, and of course grandparents drop by to join us. My dad, my mom too loves when we are all together. Most nights during dinner my dad reminds me to do better and better. Of course we butt heads sometimes, and we argue I am sure he means well for me and my brother and sister. Dinner time would not be the same if my dad were not there.

My dad has such a big heart he never says "no" to anyone. Whenever someone needs help in the house, or help on a job sight or on a community event he is the first one there ready to help. During Hurricane Sandy his phone was ringing non stop with phone calls from churches, community boards, and nursing homes, and to see if he can donate a generators since some of these places were set up as emergency shelters. Next thing I knew my dad loaded up the trucks and was the first one to send generators and gas to these places. Not only did he donate the use of whatever generators, actively participated food drives in communities like Coney Island and Staten Island. Along with the rest of my family we worked for days in the Food Stands giving out sausage, hot dogs, drinks and even delicious sweets for people who had no electricity or no home. We even spent a day in the Key-span Park Parking lot hosting a kid's day for the children who lost a lot during Sandy. Aside from the work my family has done for Sandy Relief, my, father participates many charitable events through out the year that sometimes go unnoticed, I notice.

My grandpa Angelo is very sick. There isn't a day that goes by we don't call, or visit

to check on him.  He is often in the hospital and my dad always makes sure we visit him in the hospital and make sure my grandma is ok.  We drive her back and forth to the hospital to visit him and she usually sleeps at our house or I sleep there.  They depend on my dad to help care for them.

I am not sure what else I could say about my dad.  I hope you can see how important he is too me and many others.  I hope you take all of what I had to say into consideration during your thoughts about his sentencing.

Sincerely,

Angelo A. Spata, IIII

# EXHIBIT Q

To Honorable Kiyo A. Matsumoto

I am writing this letter in behalf of my son Angelo Spata. My son Angelo is a very big help to me. I have had 3 heart attacks, by-pass surgery, a stroke, cancer. Until recently I have had a Liberator, pacemaker, and 4 leads put in. I also was in the hospital 3 weeks ago for a catherization to see how my blood flows to my heart. My son Angelo was with me, each time, Driving me to the hospital waiting for me to take me home. If I stayed in the hospital he was with me. My son takes me to all my doctors appointments. He takes me for my daily walks, helps me around the house, if something needs to be fixed. I have weekly doctors appointments he takes me to. He is a hard working, caring loving son. A great Father & Husband. I am proud to say Angelo Spata is my son. He helps who ever needs help in my family & friends. I ask your Honor to please take all this into consideration at the time of sentencing.

Respectfully,
x Angelo Spata

# EXHIBIT R

**GIOVANNA SPATA**
1649 WEST 11TH AVENUE
BROOKLYN, NEW YORK 11223
718-331-2165

January 22, 2013

District Court Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: Angelo Spata**

To the Honorable District Court Judge Kiyo A. Matsumoto

My name is Giovanni Spata. I am Angelo Spades sister-in Law. I am a proud mother of two little girls and a caretaker of my ailing bedridden mother. I am writing this letter to respectfully request that Your Honor is lenient in sentencing my brother-in-law.

I have known Angelo Spata for more than 25 years. He was the one who introduced me to his brother, my loving husband Vincent Spata. I do not consider him my brother-in-law but rather my brother. Over the years he has always been there for my family in the time of need. He is selfless in his actions, and has such compassion for others. His devotion to others is remarkable. There are countless times when he has assisted me in taking my ailing mother to doctors. Knowing how difficult times can be for myself, he has always included my children in all his children's activities. My children adore him and love to be in his presence. I know my brother-in-law is always only a phone call away and for that I will always hold him dear to my heart.

Angelo Spata is a compassionate and devoted father, husband and brother. I personally know how time away from your children can affect them, being only 16 years old. My father was incarcerated for six years. Being the oldest child, I had to care for my ailing mother and younger brother and sister. I had to forsake my future and care for family. I know if my dad was here during those years things would have worked out differently for me. That is why I ask that your Honor show leniency toward my brother-in-law, family is the most important asset in life and the absence of a father does affect children. I am living proof of that.

Thank you for time to read this letter,

Sincerely Yours,


Giovanna Spata

# EXHIBIT S

To The Honorable District Court Judge Kiyo A. Matsumoto,

I am writing this letter on behalf of the defendant Angelo Spata. I am JoyceAnn Persico, currently a college student at St. John's University and a niece of Mr. Spata's.

Although I am Mr. Spata's niece, my Uncle Angelo has been more like a father to me since I was at the early age of one. Although I was very young when Mr. Spata's relationship and mine started, I can remember how strong our bond was and grew to be up until this day. Since the day we met each other, my Uncle Angelo has treated and cared for me like his own daughter. Mr. Spata took me everywhere he and my aunt went. Mr. Spata has always been a major part of my life as we spent every holiday, birthday and enjoyed every vacation together, as a family. My Uncle Angelo always has a smile on and is always willing to go the extra mile to share his smile with someone else. Being so close to Mr. Spata has really had a huge impact on my life, as I have always been able to depend on my uncle for so many things.

Most of my memories with my Uncle Angelo are ones that I can never forget. It is always fun being with him and he always wants to take us out to enjoy ourselves. Mr. Spata is definitely one person that can fill me with joy at anytime. My Uncle Angelo has been there for me through good times, but what makes our relationship so special, is that he was always present for the hard times as well. My mother passed away from cancer in the year 2006. My Aunt Sue and my Uncle Angelo were there for my family every minute of every day. Whether it was taking us on a small vacation to clear our minds, simply being there to drive or pick my younger sister and I from school, or even cooking dinner for us. Mr. Spata has even moved into a house across the street from where I live so that he and my aunt can be there for us more than they have already been. Mr. Spata has always made sure he was only a phone call away from anyone, especially myself, who needed him. My Uncle Angelo has always been someone I can count on and defiantly rely on because he will stop what he is doing just to help me or someone else. Mr. Spata has a special way of making people feel welcomed and special and that is by his generosity, selflessness, and especially his cooking!

Mr. Spata has been someone I admired since I am young. His ability to be so unselfish and actively helping out everyone around him is a quality of his that I am determined to acquire.

The fact that this letter was so easy for me to write really highlights the importance of Mr. Spata's presence is in my life. My Uncle Angelo's children are more like siblings to me

than cousins. The fact that Mr. Spata always finds a way to bring us together gives me hope that although we have all suffered from great loses, there is always hope that we can stick together and get through it. It is almost impossible for me or anyone else to feel sad or unhappy when in the presence of Mr. Spata. It is almost like you can't help yourself but feel happy and laugh when you're with him. I feel that if I didn't have such a great Uncle like Mr. Spata, then I would feel a certain kind of emptiness in my life. My Uncle Angelo has given me so much and brought so much into my life over the 19 years I have been alive that my life wouldn't be the same without him.

# EXHIBIT T

January 31, 2013
Mr. & Mrs. Cazzetta
76 Bay 7th Street
Brooklyn, N.Y. 11228

To The Honorable District Court Judge Kiyo A. Matsumoto;

I am writing this letter on behalf of the defendant my uncle Angelo Spata. My name is Desiree Cazzetta I am the eldest niece to Mr. Angelo Spata Jr., I know him since 1994. I was 14 when he and his family were working at the Woodstock festival upstate NY.   He and my aunt Susan Persico shortly after began dating until they married in 1996; I was one of their bridesmaids.  When I moved back from Florida in '98 I needed a job and my uncle gave me one during the carnival season as a ticket agent for the rides, it was very nice working for him and I believe we grew closer together during this time and knowing he trusted me and counted on me made me feel real good about myself.  Now I am 34 married with 4 beautiful girls, I no longer work with my uncle but we still have the same relationship as we started some 14 years ago.  When my husband and I moved back from Vegas in 2007 it was very hard for Dominick to find work.  Uncle Angelo put him to work right away at the festivals so that my family and I would not struggle until Dominick could find a regular job.  If it was not for him helping us so many times I am not sure if we would have been able to make it in NY with a baby right as the recession hit.

Angelo is a one of my closest uncles; with my dad being away since '99 Uncle Angelo has been a constant in my life, emotionally, mentally and physically when my dad could not.  Truthfully just knowing he is close by makes me feel at ease.  Whenever I needed him he would be there, our family depends on him. Not only has he been a great uncle to me and my girls, he is an amazing husband and dad.  After working around the clock at the festivals setting trailers up and breaking them down he would take a 3 hour drive upstate (when his family was there) to be with them even if it was just for breakfast, and then leave to go back

to work.  His kids adore him, as does the rest of our family.  As I am sure my aunt and uncle have their moments in the marriage where they fight, they never let anyone see it, they are best friends and that is very rare to see in a marriage these days.

Uncle Angelo and my Aunt Sue together as parents have raised 3 wonderful kids.  Luciana and my girls are very close she even helps me sometimes like babysitting and running errands.  Angelo III in October of last year gave me the honor of baptizing my daughter Giavanna, and my girls and Carmine are closer in age and they love playing video games with him.  Their children are a direct reflection on how Uncle Angelo is as a father, husband, uncle, son in law, son, brother and friend and I believe keeping him away from them too long will hinder any growth from this point forward. Judge Kiyo I hope I have appealed to your softer side and made you realize what an important person Angelo Spata Jr. is to our family and how he being around constantly for his children will benefit in their growth as strong helpful people, because that's what their dad and my uncle is. Thank you for taking the time to read my letter and I hope it aides in a lighter sentence for my uncle.

Sincerely Yours;

Desiree Cazzetta

# EXHIBIT U

February 8, 2013

"To The Honorable District Court Judge Kiyo A. Matsumoto:"

I am writing this letter on behalf of the defendant Angelo Spata.

First, I would like to introduce myself. My name is Marie Barone and I am the Aunt of the defendant Angelo Spata. I am the mother of three grown daughters. I am currently assisting one of my daughter's with the care of my Grandson, who is Autistic and Non-Verbal. I am a member of Autism Speaks and The Autism Society of America.

Please allow me to give you some idea as to the exceptionally caring, generous, and loving human being Angelo is. I have known Angelo Spata since his birth and I share a special relationship with him as I am his Godmother as well. I have always felt that it is a pleasure to be in his company. He is very family oriented and extremely respectful to all. He is very compassionate and supportive to the entire family and in particular to my Grandson, Ryan. Most recently my family and I spent the holidays with Angelo and his family. My Grandson was experiencing an Autistic meltdown and made it unbearable for anyone to enjoy the holiday. When we decided to leave Angelo would not hear of it. He did everything he could think of to help us to feel comfortable to stay. He tried desperately to calm my Grandson and help him through his meltdown. He did so with much patience and compassion in which Ryan responded to. The compassion and understanding Angelo demonstrated that day was no surprise to me or any of us as we have seen this quality in him many times whether it is with family or friends.

His compassion and caring for total strangers who are in need is just one example of Angelo's extraordinary character. During the Christmas holidays he makes several donations to various organizations, such as Juvenile Diabetes. He donates toys, food, or whatever is needed to various functions. Most recently, he took his trailer to Coney Island to distribute food, blankets, and others donations to the many, many people who have lost everything to Hurricane Sandy. It is his example of compassion, understanding, caring, and generosity that can also be found within his three children.

Angelo is an excellent father who is very much involved in the lives of his children. He plays an active role in their education from transporting them to and from school, to attending school functions. He also takes time from his busy day to make sure all assignments are done and to address any difficulties that may arise. He is also involved with their various activities, such as sports events, dance recitals, or just having their friends over to socialize. Angelo and his wife Sue have made some very good friends due to their involvement in their children's lives. All three children are very happy and well-adjusted because of their happy home.

In conclusion, I hope this letter will help to give you insight as to Angelo Spata's character and why I am asking the court to be lenient at his sentencing.  He truly is a wonderful human being and is loved by everyone he meets.  He has helped so many people and he truly deserves a second chance.

I thank you for the opportunity to write you on behalf of Angelo Spata and appreciate your time as well.

Respectfully yours,

Mrs. Marie Barone

# EXHIBIT V

Honorable District Court Judge
Kiyo A. Matsumato

I am writing this letter on behalf of my son Angelo Spata. My son is a very respectful and hard working man. He has always worked hard all his life from the age of seven years old.

He has always helped me get work. He is a very important part of my life, and his father. My Husband is very ill, and Angelo has helped me with bringing his father to doctor's appointments, when I am unable to. He is also a family man he brings his children to school and picks them up. He also brings them to all after school activities. When his wife is working late he also starts dinner for his family. His children are very close to him. My son also does

Charity work. He cooked and gave out food to the victims of Hurricane Sandy in Coney Island, at his expense. He is always helping his friends and family when in need. And as a mother I am very proud to say Angelo Spata is my son. He has always made me proud. Enclosed you will find pictures of Angelo cooking and giving out food to the victims of Hurricane Sandy. He also helped a church during the hurricane giving generators when lights went out during Hurricane. The name of the church is Saint Helena's my church.

I ask Honorable Judge Kiyo A. Matsumoto to please take in consideration the good my son Angelo Spata has done for his family, friends Community

Respectfully
Mrs. Lucille Spata

# EXHIBIT W

To The Honorable District Court Judge Kiyo A. Matsumoto,

My name is Andrew Foti, I am writing on behalf of the defendant Angelo Spata. I am a father of five, and I work several jobs, one as a Custodial Engineer for the Department of Education, the other a Stationary Engineer for Methodist Hospital. I am an official of Local 891; I am an active church member, and a baseball Director for St Athanasius Sports program. I have known Angelo practically my whole life. We grew up together, went to the same school, had the same friends, and hung out in the same neighborhood. We have remained friends through our adulthood, and our children are now growing up with each other. I know Angelo about as well as any person other than his immediate family could.

I know him to be a diligent, hardworking, family man who is community minded and other-centered. He is a loving husband, father, and friend to those among him. He is full of laughs, full of smiles, and honestly full of kindness.

Angelo has always been a generous guy. I remember growing up as kids, he would always buy the guys lunch, and share whatever was in his pocket. Even today, I coach his son on baseball; Angelo is always looking to lend a helping hand. Every year our church organizes a bazaar to raise money for their teachers. Angelo is the first one there donating his time for his parish. Just recently our parish was collecting for Hurricane Sandy victims, and Angelo donated a bunch of stuffed animals for the children affected by this storm. These are the characteristics of my friend Angelo. He is a good, well mannered, valuable friend and citizen.

I am aware of the events that have unfolded regarding Angelo Spata. I truly believe he is despondent for what he has done, and nor he or his family would benefit from Angelo being sent to jail. I ask for your leniency in this matter. It would only cause harm to his wife and children.

Respectfully yours,

Andrew Foti

# EXHIBIT X

Ramon F. Rosario

Zamperla, Inc

49 Fanny Road

Parsippany, NJ

2/1/13

Dear Judge Matsumoto,

My name is Ramon Rosario. I work as the director of sales for a company called Zamperla, Inc. We are a private company that designs, manufactures and sells amusement park rides. We also operate amusement parks such as Victorian Gardens in Central Park, and Luna Park at Coney Island. I am writing this letter in support of my friend Angelo Spata.

I first met Angelo through my work approximately fifteen years ago.  He was first introduced to me as a customer looking to purchase  rides for his family's carnival and concessions business. As a customer, I was struck by Angelo's work ethic, reliability, honesty. In short, he was a man of his word. We had multiple interactions in those early years and he constantly proved himself to be a man of integrity and the same values that dictated my life: family, friends and loyalty.

As a salesman I have developed the skill of becoming "friends" quickly and, in all honestly, disingenuously, in order to make the all-so-important sale.  Outside of work, I really don't make friends easily.  In fact, my wife always makes fun of me because "you only have like 3 friends" . Just recently, I realized she is correct.  I really do only have 3 friends, and Angelo is one of them.

Over the years I have spent many times with Angelo. Good times, bad times, fun times, and stressful times. Through it all he has looked out for me and supported me and I hope that he can say the same about me.  I have gotten to know his wonderful family including his parents, his wife Sue, and children Angelo Jr., Luciana, and Carmine.  I have even had the pleasure of spending time with his wife's family.  I consider it an honor to have been able to do so.

In sum, Angelo is a valued colleague, a family man, and a wonderful friend.  I look forward to more good times with him in the future.

Sincerely,

Ramon F. Rosario

# EXHIBIT Y

# SHRINE CHURCH OF
# OUR LADY OF MOUNT CARMEL

275 NORTH EIGHTH STREET
BROOKLYN, NEW YORK 11211-2101

718-384-0223

May 21, 2013

To The Honorable District Court Judge Kiyo A. Matsumoto:

Your honor,

I have known Mr. Angelo Spata for over five years in my capacity as Pastor of the Shrine Church of Our Lady of Mount Carmel. For well over 100 years, this parish has hosted an annual feast in honor of Our Lady of Mount Carmel and San Paolino di Nola during the month of July. As Pastor of the parish, it is my responsibility to oversee the Feast and all the religious ceremonies that accompany it.

When I began working with the parish in January, 2008, Mr. Spata was already an integral part of the Feast in his capacity as supplier of vendors. My Feast Committee assured me that he was the right man for the job and, in my experience, this has proven true. He has always been a gentleman with me and has treated our dealings with honesty and integrity. Although the Feast involves many hours, cultures and personalities, Angelo helps ensure that all runs smoothly. His efforts are greatly appreciated.

I am aware of the events that bring Angelo before Your Honor. Yet, we know that no person is completely defined by any one string of events. I respectfully submit my experience of Angelo Spata as a request for leniency.

Sincerely,

Rev. Msgr. Joseph P. Calise,
Pastor

# EXHIBIT Z



November 11, 2013

Dear Honorable District Court Judge Kiyo A. Matsumoto,

My name is Frank J. Franz. I am the chairman of the Belmont Business Improvement District which represents over 700 landlords and businessmen in the Belmont section of the Bronx. I am also a board member of Community Planning Board 6 and Temple Hatikva, as well as being very involved with Our Lady of Mt. Carmel Church and the NYPD 48th Precinct Council.

Belmont has been my family's home for over 100 years and my home since I was born 60 years ago (I still live in the same house I was born in). This community has served me well over the years as I started my education at our local parish school and went on to the Bronx Scholl of Science, and Fordham University where I graduated in 1975. I then went on to complete post graduate work at SUNY Purchase, the New York Institute of Finance and finally Pace University. I am retired now and dedicate myself to community volunteerism, which it is much in need of.

I have known Mr. Spata for approximately 20 years, first meeting him through our church when I was a volunteer at our summer street festivals (The Feast of St. Anthony and Our Lady of Mt. Carmel). Mr. Spata, and his family, are street vendors at these events and co-ordinate bringing other vendors and rides to the event. His family has had this relationship with our church for generations.

For the last 6 years I have been in charge of running these feasts for our parish. During this time I have worked very closely with Mr. Spata to the point I consider him a good personal friend. Planning for the event is a year long process which requires many meetings and discussions which are both business and pleasure in nature. We also meet regularly over dinner or a drink for purely social reasons. I have also met his parents and spend some time with his father every year, both at the feasts and at the holidays.

I have always found Mr. Spata to be a man of his word and he has conducted all our business arrangements with honesty and respect. Not only that, but he has gone out of his way, on many occasions, to help us improve and expand these events. He is a true partner with the church and is partly responsible for the rejuvenation of these cultural activities.

In addition to his work at our church, he could always be counted on to help us out with other community events. One such case involves the NYPD National Night Out held every summer. This is an evening event where the community comes out for a big block party to "take back the streets" from criminal influence. This event circulated the precinct and is occasionally held in our community. Mr. Spata supports this event annually by providing various rides and food carts for the residents and children of the community. This is all done free of charge and in conjunction with the police department. His supports makes this event so popular that in 2010 we were visited by Mayor Bloomberg who stated this was the best "National Night Out" he had been to.

There are other events throughout the year, both religious and secular, in which Mr. Spata participates. These include the "Dancing of the Giglio," "Ferragosto," as well as numerous little parties, tributes and contributions.

In conclusion, I would like to tell your honor that his absence will have a negative impact on our community and I would ask you to consider these facts when making your decision. Finally, I would like to offer my personal phone number (917-478-6601) if I can answer any questions or assist you further in any manner.

Sincerely yours,

Frank J. Franz
Chairman

# EXHIBIT AA



THE ASSEMBLY

STATE OF NEW YORK

ALBANY

PETER J. ABBATE, JR.
Assemblyman 49th District
Kings County

CHAIRMAN
Committee on
Governmental Employees

COMMITTEES
Aging
Banks
Consumer Affairs & Protection
Labor

November 18, 2013

To The Honorable District Court Judge Kiyo A. Matsumoto:

I hope this letter finds you well. I am Assemblyman Peter J. Abbate Jr. who represents the 49th Assembly District in Brooklyn which includes the neighborhoods of Bensonhurst, Bath Beach and Sunset Park.

In my capacity of Assemblyman I have known Mr. Angelo Spata for over 10 years. I met Mr. Spata at a local community board meeting regarding the Santa Rosalia Feast that his held annually to celebrate the patron saint of Sicily. Mr. Spata plays an integral part in planning the feast each year. He works closely with local officials, community board, police precincts and numerous city agencies to ensure that the feast is safe, maintains a clean environment and addresses the concerns of residents and local business owners.

Mr. Spata has also been responsive to the needs of the community over the years. Mr. Spata has been involved in numerous charitable and community events. Some of which included being a sponsor and participant at the New York City Police Departments 62nd Precinct National Night Out. Mr. Spata is also a member of the Brooklyn Soccer League and has worked to make the Halloween Festivities on 13th Avenue the highlight of the neighborhood.

The past year Mr. Spata was of tremendous help to those people not only in his community but the communities of Coney Island and the entire Shore Front Community after the devastation of Hurricane Sandy.

In all my dealings with Mr. Spata throughout the years he has always been a gentleman and shown real concern for the community. If I can be of further assistance please do not hesitate to contact me.

Sincerely,

Peter J. Abbate, Jr.

# EXHIBIT BB

Kristy Smith
57 Frederick Pl
Old Bridge, NJ 08857

November 7, 2013

To the honorable Judge,

My name is Kristy Smith. I am a former employee of Angelo Spata. I worked for him for 9 years. I was terribly upset to hear about Mr Spata's dilemma in the Justice System. He was an amazing employer, who gave me the opportunity to make a living to support my family. He really didn't need me but he kept me on the payroll because he knew I was in dire need of the employment. I am a single mother and I always felt secure in my employment, mostly due to the fact that Angelo was my boss. He was honest, friendly and upstanding in his business. He always treated my family and friends with the utmost respect. As a citizen and fellow New Yorker, I do ask that you will find it in your heart to deal Mr Spata with leniency. Thank You so much

Yours Truly,

*Kristy Smith*

Miss Kristy Smith

# EXHIBIT CC

**ZAMPERLA**

To: The Honorable District Court Judge Kiyo A. Matsumoto

Your Honor,

The purpose of this letter is to provide a character reference for the defendant Angelo Spata, who I have known for over 10 years.

I am the President/CEO of Zamperla, Inc - the North American sales and service office of Zamperla SpA amusement rides. I am also a Professional Engineer that studied at University of Padova (Italy). In 2002, Zamperla branched into the amusement park planning and management and established a new company, Central Amusement International, LLC (CAI). For which, I am also the President/CEO. CAI is has been a key factor in the revitalization of Coney Island with the opening Luna Park and Scream Zone. We also operate the Cyclone Roller Coaster, a small seasonal park in Central Park, Victorian Gardens at Wollman Rink.

My relationship with Mr. Spata formed when he purchased a Jumpin' Star ride from Zamperla, Inc in April of 2000. Over the years, he has purchase kiddie rides from Zamperla as well as, spare parts. Mr. Spata strives to maintain his amusement rides in excellent condition, keeping the safety of his patrons as the upmost importance. He does not hesitate in contacting our technical department when he is in need of assistance with any issues that may occur on his rides. Mr. Spata keeps his rides in tip-top condition.

My rapport with Mr. Spata grew and I consider him to be a friend and confidante. Being that I was not born in the United States, I am unfamiliar with certain nuances of the NYC market. When Zamperla branched into amusement operations, Mr. Spata's knowledge of amusement operations in the NYC became an invaluable resource. He was always available to consult me on any questions and issues were raised during this hectic time.

Mr. Spata's has shown generosity and commitment to the community. During the cleanup initiative of Coney Island area after Hurricane Sandy, Mr. Spata approached me because he wanted to set up a food trailer in the parking lot of the Cyclone Roller Coaster. Mr. Spata provided hot food and beverages not only to people that were assisting with the cleanup efforts, he handed out food to community members that were without power.

Beyond the business world, I am a proud father of three wonderful boys and husband to my wife. When I'm not at the office, I'm involved in my children's activities such as coaching for my son's soccer team. With Mr. Spata's children of similar ages as mine and his wife Susan are good a friend's of me and my wife. We consider them as part of our family.

Zamperla, Inc.   49 Fanny Road   Boonton, NJ   07005
P: 973.334.8133   800.888.8878   F: 973.334.6880   Email: zamperla@zamperlausa.com
www.zamperla.com

I have witnessed Mr. Spata's care for the community, family, and friends through his generosity and willingness to put their needs in front of his own. If I can be of further assistance, please contact me via cell (973.216.5449) or email (vferrari@zamperlausa.com).


Sincerely,

Valerio Ferrari
President/CEO

Zamperla, Inc.   49 Fanny Road   Boonton, NJ   07005
P: 973.334.8133   800.888.8878   F: 973.334.6880   Email: zamperla@zamperlausa.com
www.zamperla.com

# EXHIBIT DD

Barbara Piazza
8420 11th Avenue
Brooklyn, New York 11228

January 8th, 2013

To The Honorable District Court Judge Kiyo A. Matsumoto,

I am writing this letter on behalf of the defendant Angelo Spata. My name is Barbara Piazza, I am a real estate broker and I own a real estate office in Brooklyn for the past 12 years. Prior to this I ran a coffee distribution company, so I have worked all of my adult life.  I have three daughters. My oldest daughter Gina is an attorney, Jaclyn the middle daughter  is a beauty consultant and my youngest Vanessa works in a hedge fund company. I am a single mom and I know how hard it is to raise children without a father around. I met Angelo over 20 years ago. He was a neighbor who even as a young boy was out there helping his neighbors. Angelo was always there to help me with my girls watching them and helping me to guide and teach them honesty and moral values in life. Whether he was shoveling snow or helping some bring in packages from their car, Angelo was always ready to give a helping hand.

Angelo married my younger sister Susan and now they have three children. Angelo 15 years old, Luciana 11 years old, and  Carmine 9 years old. He is an amazing dad that is always picking up and taking them to school, especially since my sister is a teacher and works too. He does his best to be everywhere, with three children active in sports he is always juggling to make all their games and recitals. Angelo is patient with his children always taking the time to explain things so they can understand, he listens to them with undivided attention. He has been and continues to be a excellent example to them. He is also a wonderful husband and is always cooking and cleaning. My family and I practically eat there every night for dinner that Angelo has prepared. He is very attentive and my sister and Angelo have a very placid marriage.

Angelo is always giving back to his community in as many ways as he can, donating his time and his services to help those in need. This past year with all the devastation this city has endured Angelo was there helping in Coney Island feeding the hungry and donating items of need to so many people. His children were there helping him, and that is to me teaching them a truly great value in life, helping others in need.

I am aware that Angelo will come before you for sentencing for a crime he has plead guilty to and I am writing to let you know a little of the Angelo I know so that you may consider this in your sentencing.


Sincerely,


Barbara Piazza

# EXHIBIT EE



OFFICE OF THE BROOKLYN BOROUGH PRESIDENT

**MARTY MARKOWITZ**
President

July 29, 2013

Angelo Spata
7613 12th avenue
Brooklyn, NY 11228

Dear Angelo,

What a surprise finally meeting you and of all places, one of Brooklyn's most famous restaurants and a regular of mine; Bamontes.

I had heard about you through Carlo Scissura in the past and meeting you proves a point once again........*great things come in small packages!*

Thank you for your generosity and perhaps in the future, my wife and I will join you and your guest to break bread and to discuss Brooklyn's glorious future.

Again, *mille grazie!*

Warmest regards,

Marty Markowitz

MM/azl

Brooklyn Borough Hall   209 Joralemon Street   Brooklyn, New York 11201   718/802-3700   Fax 718/802-3616   www.brooklyn-usa.org

# EXHIBIT FF

1 May 2013

To The Honorable District Court Judge Kiyo A. Matsumoto:

Permit me to submit to you this letter on behalf of defendant, Angelo Spata. I currently serve as the pastor of St. Finbar Catholic Church in Brooklyn, New York. As a pastoral minister and in dealing with people each day, I rely on my sense of judgment to determine one's character.

Upon completion of my philosophical, theological and pastoral counseling studies I was assigned to a large parish in Bay Ridge. There was a great need to engage the young families of our community and school as well as raise necessary funds. I then met Mr. Spata to see what help he could be. That is what I got, a tremendous amount of help. He helped us organize fundraisers for the children, which were a huge success. He also donated much of his time and energy to assist us in our efforts.

Over the last 7 years, Mr. Spata has always been ready and willing to assist me in engaging the children of the community with the local church. In my current parish, the community is economically challenged and the poverty level is high. This has not deterred Mr. Spata and his willingness to try and help us. Mr. Spata has always stood ready to help bring a smile to the families who would benefit from his hard work. Countless "honorable" men in our community refuse to help our cash-strapped parish and have turned their back on us, but from day one, Mr. Spata has and is committed to helping us succeed in bringing fun events to help our children enjoy their neighborhood and church. And not on his own, he usually incorporates his parents and family into his efforts.

I have had some time to meet and interact with his children. They adore their father and of course my concern as a priest would be not to punish the children for their father's indiscretions. Besides Mr. Spata being an asset to our community, preserving the family unit as best as possible under these circumstances needs to be the greatest concern.

Redemption is the greatest lesson to be learned by Mr. Spata and he can share this priceless lesson to his children. One can fall into sin easily and not think twice about it, but to be redeemed takes a lot of hard work. I think more people would benefit from Your Honor's leniency and kindness in helping Mr. Spata continue his charitable works in our community and be an example of redemption to our community by allowing the community to witness and help him change his life. It is our commitment to him as he has been committed to us.

Sincerely,

Rev. Father Michael Louis Gelfant, M.A, M.Div.
Pastor

# EXHIBIT GG

# The Church of St. Theresa

## 2855 St. Theresa Ave.
## Bronx, N.Y. 10461
### Phone 718-892-1900        Fax 718-892-1146

1/31/13

To The Honorable District Court Judge Kiyo A. Masumoto;

My name is Louis Aurrichio and I am writing this letter on behalf of the defendant Angelo Spata. I am 63 years old, have three children and four grandchildren. I currently work as a salesman for construction products. I am presently the person in charge of our neighborhood girl's softball league - The Pelham Bay Belles. For the past 20 years I have also been the Chairman of the fundraising activities of St. Theresa Parish in The Bronx. In June of 1011 I was honored by then Archbishop Dolan for my efforts in raising funds for his Stewardship Appeal.

I have known Mr. Spata for 12 years. One of my functions at St. Theresa is to chair our Annual Street Festival. Mr. Spata has brought rides and games to our event over those 12 years. We have had nothing but wonderful experiences over those years. He is always obliging and concerned with the outcome of our efforts. With his help we are able to open up our Feast on the Friday afternoon to members of our neighborhood AHRC (Association for the Help of Retarded Children). These individuals with intellectual and developmental disabilities get an opportunity to go on some rides, play carnival games (everyone gets plenty of prizes), and eat some food. All of this at the expense of Mr. Spata - who supplies the games, prizes, labor and food for this fantastic community event.

During the seven days that we are working together at our Feast you can see the relationship that Mr. Spata has with his family and employees. He is esteemed and appreciated by all.

On a number of occasions I have held fundraisers for the Pelham Bay Little League and Belles. On a number of those occasions I have called upon him to supply some rides and inflatables as part of the amusements for the children. At all times he supplied them as a donation to our community.

During the weeks following Hurricane Sandy there was a report on a local television news station showing people caring to the needy people in Brooklyn. In the background as this reporter was broadcasting were the employees of Angelo Spata, in one of his food stands, handing out free food. The relationship that I have had with Mr. Spata has been nothing but positive, pleasant, and cooperative. He is truly a man concerned about our community.

If you need to speak to me I can be reached at 347-219-0781.

Thank you,

Louis Aurrichio

# EXHIBIT HH

Joseph DiMartino
107 Sharrotts Road
Staten Island, New York 10309
(718) 984-5055

April 30, 2013

To The Honorable District Court Judge Kiyo A. Matsumoto:

I am writing this letter on behalf of the defendant Angelo Spata.  My name is Joseph DiMartino, I am 55 years old and am a retired employee of the Pepsi Cola company where I worked for 26 years. I am an active member in my paish church Most Prescious Blood located at 70 Bay 47th Street in Brooklyn. I helped run the Bingo, helped with dances and parties and most importantly I ran the Feast of the Assumption for 20 years.

When I was about 15 years old I had the pleasure of meeting the Spata family. I immediately became friends with the Spata family through our common interests of the sausage and pepper concessions. At that time, Angelo was still a baby. As Angelo got older he began working with his family in their business. When he became a young man he opened his own business of runnng game concessions and later he incorporated rides into is business. By that time I was running the Most Prescious Blood Feast and for that I could always count on Angelo to supply us with games of choice. Angelo was the person we could call on for help when the church or I needed assistance putting the Feast together.

The church stopped running the feast about 12 years ago and now in order to raise money for the parish we are running a small bazaar. Angelo supplies the bazaar with games and small rides. Since the Bazaar is not as big as a feast Angelo really doesn't make much profit but he still helps the church raise money. He also supplies the church with snow cone and cotton candy stands free of charge so that all the proceeds of the stand can go to the church.

Angelo is the type of person who would use his best to help anyone he could. He is kind, generous and thoughtful. In my eyes he is a special person and I am honored to know him and consider him a very good friend. It amazes me that he was just a baby in his mother's arms when I met him and now he has become a father of his own. He is a fantastic role model for his children, a hard worker and a good man.

On September 11, 2001, I lost my first wife, Debra Ann, in the World Trade Center terrorist attacks. At that time my two daughters were 10 & 4 years of age. In 2002 I took my children to the 18th Avenue feast in Brooklyn where Angelo had some stands. As soon as he saw me he hugged me so tight to show his support and sympathy for my lose. He then took me and my young children to each of his game stands where each of my girls received so many stuffed animals that we couldn't even hold them all. This brought such joy to my children as you can imagine and it

touched my heart that he was able to lift their spirits even if just for a few hours. That is what I always remember when I think of Angelo. When you are at your worse it helps to have someone there to pick you up and at that time he was there for me and my children in a way that we needed.  I have been blessed with his friendship and consider myself vey lucky to know a man as giving, thoughtful, kind and funny as Angelo.

I thank you for taking the time to read my letter and I hope you achieved a better idea of who Angelo Spata the person is from my words.

Sincerely,
Joseph DiMartino

# EXHIBIT II

# Joya Funding, LLC.
### 1373 14th Avenue
### Brooklyn, NY 11228

November 5, 2013

Your Honour,

My name is Vincent Avitabile. I am writing today to reveal my thoughts and experiences with Mr Angelo Spata. Aside from being a trusted friend, he has proven to be a compassionate and generous individual throughout the years of my knowing him. I met Mr Spata in 2001 as we have mutual friends in the Italian American Association.

He has proven to me that he can be an extremely caring man with regards to the well being of children of which he is a father of four. A story comes to my mind about the time that Mr. Spata allowed over 40 children from a day camp to ride the amusement park that he was in charge of all day for free because they were children from foster homes. I am sure that this act of generosity wasn't the first and last time that he did something like this. He has shown to be an encouraging and good hearted person throughout the many years I've known him and I continue to hear good stories from the mutual people who we both know. I hope, your honour, that you will see that Mr Spata has a good heart, a loving family of four children, a wonderful wife and the desire to be a decent and caring member of society.

Sincerely Yours,

Vincent Avitabile
President
Joya Funding Group, LLC.

# EXHIBIT JJ



# P.S. 121

*"The School That Makes a Difference"*

**5301 20th Avenue, Brooklyn New York 11204**
Phone (718) 377-8845      Fax (718) 252-4075

**Jayme Perlman** - Acting Principal
jperlma@schools.nyc.gov

October 31, 2011

Dear Ms. Susan Spata,

I would like to take this opportunity to formally thank you for your participation at our first annual P.S. 121 Haunted Gathering event, which took place on Friday, October 29, 2011.

At this event, our students and their families joined with our staff, to celebrate the festive time of fall.

Thank you for your willingness to go above and beyond and secure not only 1, 2 but 3 rides for our event! You and your husband earn my sincerest gratitude for your generous donation and ultimately helping to make this event successful in every possible way! Keeping children happy often can be a monumental task but you made it seem so easy as laughter filled the entire schoolyard.  I especially enjoyed having the first bounce in the Hello Kitty Bounce house and winning the slide race against PTA member Lill and Educational Assistant Greg!

Our success depends on people like you.  Your dedication, skills and energy make great things happen. The fact that each child left at the end of the day a "winner" helped to reinforce the notion that P.S. 121 is a school that cherishes its children and understands that school is not just a place where learning happens.  We know that family involvement is one of the most important components to making children successful in school.  Community building events like this help to maintain and further develop that connection.

P.S. 121 is our children's home away from home and everyone here does make a difference.  I know that your support, love and encouragement were the key ingredients to an absolutely amazing event!

Thank you, once again and I look forward to an amazing school year working with you!

Very truly yours,

*Jayme Perlman*

Jayme Perlman
Acting Principal


I have read this letter and understand that a copy will be placed in my file.


*Susan Spata*
_____
Signature

October 31, 2011
_____
Date

# EXHIBIT KK

P.S. 204
Parent Teacher Association
8101 15th Avenue
Brooklyn, NY 11228

January 22, 2013

To the Honorable District Court Judge Kiyo A. Matsumoto,

I am writing this letter on behalf of the defendant Angelo Spata. My name is Teri Faicco, I was president of the Parent Teacher Association at P.S. 204 Elementary school, in Brooklyn, from 2006 to 2012. Prior to becoming a full time mother, I earned a bachelor degree from Baruch College in business in 1991. After college I worked as a supervisor at an advertising firm, BBD & O, for 10 years.

I got to know Angelo Spata and his wife due to their active involvement with the PTA. During my time on the executive board, I got to know many of the children, and often attended events at school like class plays, student of the month ceremonies and award presentations. Mr. Spata was always there to applaud his children's accomplishments.

Being on the PTA as long as I was, I saw many parents help out and volunteer only when their children were directly involved. What made Mr. Spata remarkable and stand out to me, was his motivation to help out even when his children were not directly involved and didn't benefit from his contributions. P.S. 204 is a Pre-K through Fifth grade school. The PTA gives the graduating fifth graders a carnival at the end of the school year. In June of 2010, 2011 and 2012 I asked Mr. Spata if he would lend us his grilling trailer for us to cook hamburgers and fries for the children and also a water game trailer for the kids to play. Not only did he send his equipment, he sent men to cook for us and donated prizes for the kids that played the game (an average of 160 kids each year). He never asked us for money or anything in return. The 5th grade children had a memorable time due to his contribution & generosity to the annual carnival. I would sincerely say that I truly do admire his family values and dedication to all children.

Sincerely,

Teri Faicco

# EXHIBIT LL

# JDRF
Juvenile
Diabetes
Research
Foundation
International

*dedicated to finding a cure*

432 Park Avenue South, 16th Floor
New York, NY 10016
t: (212) 689-2860  f: (212) 689-4038
www.jdrf.org/nyc

fficers

nw York Chapter President
elanie Schnoll-Begun

esident - Elect
iristopher H. Turner

te President - Nominating
mer Khattab

re President - Program
velopment
nt T. Murray

vocacy Team Chairman
rick Delhougne

retary
a Singh*

osurer
er J. Hill

rd of Directors

nnie Bergstein
alas Brien
y Elizabeth Bunzel*
n Catsimatidis
atore Colletti
orah Cox
E. D'Agostino, Esq.
ry D'Aurio*
ph Decandia
DelGaudio
d M. Dince*
ma G. Eastman
clin S. Edmonds, Jr.*
topher M. Evans, Esq.
rt I. Friedman
Seslowe Gans
ie Haymes-Schwartz
S. Hootnick
Hsu
E. Kimball, M.D.
rkland
n Kranz
R. Levy
h M. Muré, Jr.
lazzaro
ond A. Roel
se, M.D.
en M. Ross
erite Royer
R. Runnion
r Sargent
chachner, M.D.
nalop, M.D.
C. Schmidt*
pher F. Schultz
ce B. Sorrel*
pring
Victor
Wolf
uckerman

above officers

esident

December 21, 2011

Dear Mr. Spata:

On behalf of the New York Chapter of JDRF, I thank you for donating games and zeppoles to the 2011 Little North Pole event on Saturday, December 3, 2011. This event, which benefits JDRF, is hosted annually by Joseph Mure. Last year, our collective efforts in support of Joseph Mure's holiday events helped to raise over $200,000 for diabetes research and treatment. We are grateful that generous supporters like yourself make this event possible each year.

Since its founding in 1970, JDRF has awarded more than $1.6 billion to type 1 diabetes (T1D) research, making us the leading charitable funder of diabetes research worldwide. More than 80 percent of JDRF's expenditures directly support research and research-related education. Past JDRF research efforts have helped to significantly improve the care of people with this disease, and have expanded the critical scientific understanding of T1D. JDRF will not rest until T1D is fully conquered.

As a supporter, you are making a significant contribution to the progress of the outstanding research taking place at JDRF. Your dedication toward finding a cure for diabetes is to be commended. You are truly helping to make a difference in the lives of those affected by T1D.

With gratitude,

Joseph Mure, Jr.
Board of Directors

Annie Fraser
Special Events Manager

# EXHIBIT MM



1674 BROADWAY ♦ Suite 401 ♦ New York ♦ NY 10019
Tel: 212-764-6330 ♦ Fax: 212-944-0469
Web Site: www.mortandray.com ♦ E-mail: mortandray@aol.com
MORT BERKOWITZ ♦ President

November 13, 2013

To the Honorable District Court Judge Kiyo A. Matsumoto:

Dear Judge Matsumoto:

I am writing this letter on behalf of defendant Angelo Spata.

My name is Mort Berkowitz. I am a graduate of Fordham Law School and president of Mort and Ray Productions which is an events company in New York City.

My company was selected by Mayor Giuliani in 1996 to produce the Feast of San Gennaro. It is due to the Feast that I became acquainted with Mr. Spata, first as a vendor and then as a friend. As a father of two children, I could relate to the way he lovingly interacts with his children. I have also seen him relating to his parents and to his wife, always in the same manner. It is obvious to anyone who has spent time with him that his family is extremely important to him.

He has been helpful to the Feast in a variety of ways, including distributing Feast applications to vendors at events he attends, alerting me to potential problems at the Feast, helping to mediate vendor disputes, lending chairs and tables to other vendors when needed and even repairing a door on the Feast office trailer.

At the end of each Feast day, he gives away free food to people who cannot afford to pay for it.

In short, I am proud to call Angelo Spata a friend.

Sincerely,

Mort Berkowitz

Mort Berkowitz

# EXHIBIT NN



**St. Helen R.C. Church**
157-10 83rd Street
Howard Beach, N.Y. 11414

January 17, 2013

To The Honorable District Court Judge Kiyo Matsumoto:

My name is Reverend Monsignor Alfred P. LoPinto. I am a Roman Catholic Priest ordained in May of 1970. I presently serve as the pastor of St. Helen, a parish of the Roman Catholic Diocese of Brooklyn. Prior to my present assignment I served as pastor of St. Therese of Lisieux parish in the East Flatbush section of Brooklyn. At present I also serve as Vicar for Human Services for the Diocese of Brooklyn.

I write on behalf of Mr. Angelo Spata. I have known Mr. Spata personally and professionally for the past four years. I know him to be a devoted family man and a trustworthy business person. Mr. Spata with his family have been of great help to St. Helen in maintaining a strong fundraising basis for our parish school by their efforts in working with us in the production and operation of our annual St. Anthony Feast. Mr. Spata has also generously assisted us at a moment's notice when we have had other events throughout the year requiring use of his ride and food equipment. During the recent events associated with Hurricane Sandy our parish facilities along with our community of Howard Beach were severely impacted by the flooding that occurred with the storm. We along with many of the families in our area lost electrical power for over two weeks. Additionally, many homes became uninhabitable. I called Mr. Spata knowing that he had access to large generators used with his rides and asked for help. Within a day Mr. Spata arranged for two large generators to be delivered to our site. One of the generators allowed us to power up our gym which we were then able to operate as an Emergency Relief Center for our community providing hot meals, a warm place for folks to gather, a distribution site for water, clothing and other needed supplies. During this period Mr. Spata called often to make sure everything was working, assuring me that he and his staff were only a phone call away if I needed help.

Your Honor, Judge Matsumoto, Angelo Spata is truly deserving of your courts consideration. He is a hard working individual, a devoted family man, an asset to many religious groups and organizations, an honorable and trustworthy individual.

Sincerely Yours,

*Alfred LoPinto*

Rev. Msgr. Alfred LoPinto, MSW

# EXHIBIT OO



DOMENIC M. RECCHIA JR.
COUNCIL MEMBER
47TH DISTRICT

COMMUNITY OFFICE
445 NEPTUNE AVENUE
COMMUNITY ROOM 2C
BROOKLYN, NY 11224
(718) 373-9673
FAX (718) 373-0195

CITY HALL OFFICE
250 BROADWAY
NEW YORK, NY 10007
(212) 788-7045
FAX (212) 788-7769

Chair
FINANCE

COMMITTEES
CULTURAL AFFAIRS
CIVIL SERVICE & LABOR
STATE & FEDERAL
LEGISLATION
GOVERNMENTAL
OPERATIONS

WWW.DRECCHIA.COM

August 23, 2013

To The Honorable District Court Judge Kiyo A. Matsumoto:

This letter is written on behalf of Angelo Spata as a testament to his community involvement and service. As a New York City Council Member who represents a district hit particularly hard by Superstorm Sandy, I became acquainted with Mr. Spata through his involvement in recovery efforts in my district in the wake of the storm.

One of the most immediately pressing and dire needs in the Coney Island community in the aftermath of the storm was access to food and water. As such, my office, along with other City agencies and non-profit relief organizations, setup a relief center at MCU Park to service those residents in need. This operation was extensive and served thousands of meals and supplies to residents each and every day for months. This effort was possible because of the support of donations of businesses and fellow New Yorkers. Mr. Spata's business, TSA Amusements, was a major contributor to this effort.

In particular, a couple of weeks after the storm, we hosted a Children's Carnival weekend at MCU Park to offer a much needed break for the kids in the community who had been confined to their homes without electricity, heat, or water for weeks. The carnival also provided the children with school supplies to replace those which they had lost in the storm. The success of this carnival would not have been possible without Mr. Spata and TSA Amusements. He provided not only food concessions to the children and their parents, but also carnival games and performers to entertain them as well. His willingness to contribute to our efforts and to lighten the load of his fellow New Yorkers during such a difficult time was very appreciated and valued. It also speaks to his dedication to his community.

Thank you for taking the time to review this reference. I hope you that you will take these thoughts into consideration as you make your deliberations.

Sincerely,

Domenic M. Recchia, Jr.
Council Member, 47th District
Chair of the Finance Committee

# EXHIBIT PP

March 4, 2013


To:   The Honorable District Court Judge
      Kiyo A. Matsumoto


I am writing this letter asking you to consider a lighter sentence for Angelo Spata.

In my capacity as General Chairman for the feast and celebration of Our Lady of Mount Carmel Catholic parish in Brooklyn, I have had the pleasure of working with Mr. Spata for many years. During this time, I have realized what a dedicated working man, and most importantly a terrific family man, Angelo Spata is.

Our working relationship (Angelo supplies carnival rides and games, as well as food vendors to our festival) has also turned into a very close friendship as Angelo is someone who is truly a wonderful, kind and caring person. I have had the pleasure of being in his company, as well as the company of his family, on many occasions. Whether it is at a casual dinner, social function or charity event, Angelo is a pleasure to be with. Speaking of charitable events, Angelo is always very supportive of any request asked of him to help those less fortunate and in need of support.

I have witnessed first-hand, on numerous occasions, the love, guidance and support Angelo gives to his young children, and should Angelo not be there for them for any period of time would be devastating.

I respectfully ask for your consideration of this request.

Respectfully,

Carl Bonomo

# EXHIBIT QQ

# Maria Gaetano Catalano
## 1647 74th Street
## Brooklyn, NY 11204
## 718-772-8779

February 4, 2013

District Court Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Angelo Spata

To The Honorable District Court Judge Kiyo A. Matsumoto:

My name is Maria Gaetano Catalano and I am writing this letter for Angelo Spata. I first met Angelo over twenty years ago when his brother Vincent began dating my sister Giovanna. Our families immediately became close and as our sibling's relationship grew stronger; our family bond did as well. Yes, they eventually married and to me Angelo was always a brother, never an "in-law".

Angelo was especially kind and compassionate towards my family through the years as my dad was incarcerated when we were very young. My mom grew ill and my sister, brother and I were always in and out of hospitals with her. Angelo was always the first one there lending a hand and giving us encouragement.

He also became a pivotal male presence for my younger brother. My sister and I did the best we could but my brother needed a relationship with a man and Angelo always took my brother "under his wing".

I met my husband in Italy and when he came to this country my husband felt very isolated. He had no family or friends here and from the moment they met Angelo quickly welcomed him with open arms and they became very close.

From what I have witnessed, he also has undying love and passion for his wife and children. Whenever the conversation turned to his family his face would light up. I would always see him taking his boys to sports activities or his daughter to dancing school. Also, I would often see him at the grocery store across the street from my office every day shopping and we would speak about what he was going to cook that night.

I hope this gives you some perspective of the loyal, dedicated, devoted family man Angelo Spata is. I also hope, your honor, that you see from this letter that my sister, my brother and I grew up without a father and it affected us deeply. In fact, for our mom to not have her husband and for us to not have our father, even for the shortest amount of time, was a lifelong debilitation and I beg you show leniency with regards to Angelo Spata's sentencing.

I thank you for your consideration of this letter.

Sincerely,

Maria Gaetano Catalano

# EXHIBIT RR

1852 - 69th Street
Brooklyn, N. Y. 11204
January 28, 2013

Hon. Kiyo A. Matsumoto
Eastern District Court

Dear Judge Matsumoto:

I am a legal secretary and have been employed by Polizzotto & Polizzotto, LLC a neighborhood law firm for 44 years.  I have lived in this neighborhood for almost 50 years and am fully familiar with the neighborhood and quite a number of my neighbors.

I have known the Spata family, including Angelo Spata, for a good 30 years both in a personal and business relationship,  and have watched Angelo grow into an intelligent, caring and kind individual.  He has been brought up to respect  all people, is a hard worker, a good and caring parent, a loyal husband and a truly family oriented individual.

He has always been willing to lend a helping hand, whether it be his family, neighbors or friends.   In fact, during the aftermath of the terrible storm Sandy, he and his mother at their own cost and expense purchased food, cooked and served same to the victims of the storm in Coney Island for a period of about ten days.

It is for all of the above and other acts of kindness and generosity, as well as the tremendous loss to his wife and children that I respectfully implore Your Honor give your kind consideration to my request for leniency for Angelo Spata.

Respectfully,

Josephine M. Curcio

jmc

# EXHIBIT SS

Maria Faicco
9935 Shore Road
Apartment 7A
Brooklyn, NY 11209


December 27, 2012


Rubinstein & Corozzo, LLP
260 Madison Avenue
Floor #22
New York, NY 10016


For the Attention of Joseph Corozzo, Esq.


To The Honorable District Court Judge Kiyo A. Matsumoto:


My name is Maria Faicco and I am writing to you on behalf of the defendant Angelo Spata Jr. I am a teacher at P.S. 204 Vince Lombardi Elementary School for 25 years. During my career, I have had the pleasure of working with the Spata Family.

In September 2002, I was the kindergarten teacher of Angelo Spata III. Mr. Spata was always a hands-on dad. He attended parent-teacher conferences, class performances and often picked up his son from school. Over the years, Mr. Spata's other two children, Luciana and Carmine, also attended P.S. 204. I have chosen both children to serve as my classroom monitors. Carmine is currently my monitor for my pre-kindergarten class. The children selected for these positions need to be kind, responsible, and punctual. The Spata children are very respectful and well-mannered. A result, no doubt, of a stable and healthy family life.

Mr. Spata has become actively involved with the planning of school parties and our end-of-the-year carnival. Mr. Spata donates hours of his time as well as providing rides, games, and food for the enjoyment of the children. Without his efforts and generosity, it would not be possible to provide such a memorable event each year.

I also have a son the same age as Angelo Spata III. They were involved in many sports together such as bowling, baseball and football. Over the years, Mr. Spata attended most of the games and was always available to carpool the boys around. He went above and beyond on many occasions by treating the boys to pizza and ice cream after many of the games.

Angelo Spata Jr. is a well-respected man in our community. It is evident that he is a devoted father and family man. Please take this into consideration when sentencing him.


Sincerely,

Maria Faicco

# EXHIBIT TT



OFFICE OF PRIESTLY LIFE AND MINISTRY
DIOCESE OF BROOKLYN

7200 Douglaston Parkway, Douglaston, New York 11362
Phone: 718.281.9491 • Fax: 718.352.2490

May 5, 2013

To The Honorable District Court Judge Kiyo A. Matsumoto:

I am writing this letter on behalf of the defendant Angelo Spata whom I
have known for several years.

Angelo and I came to known each other during the years of 2001-2008
when I served the Catholic community in Williamsburg, Brooklyn as the
pastor of Our Lady of Mount Carmel RC Church. One of the highlights of
our parish was our Annual Feast. Angelo's company supplied both the
rides and vendors for the Feast.

While our relationship was one of business, I came to appreciate him as a
friendly and familiar face over the years. Whether it was during our 2
week Feast or at a local restaurant in the weeks that followed Angelo
always greeted me warmly and respectfully. I was impressed by his
devotion to his family: his wife and children, his parents and siblings. He
never allowed business to interfere with the quality time he
wished/needed to spend with his family. I have many recollections of
seeing Angelo working hard during the Feast but of also enjoying a meal,
laugh or conversation with his loved ones.

With his loved ones and his many friends and coworkers, I humbly ask
the court for leniency on his behalf. As a man who, like you, Your Honor,
is dedicated to upholding justice in our society, I am grateful that we,
priests and judges, have the power to implement that justice with
compassion.

Respectfully yours,

Very Reverend Joseph G. Fonti, STL
Director

# EXHIBIT UU

**Santo N. Gaetano**
**1649 West 11th Street**
**Brooklyn, NY 11223**
**646-778-7834**

February 3, 2013

District Court Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Angelo Spata**

To The Honorable District Court Judge Kiyo A. Matsumoto:

My name is Santo Gaetano and I first met Angelo Spata twenty-something years ago when his brother Vincent started going out with my sister Giovanna. Angelo quickly took a liking to me and became my best friend. He was always there for me as someone I could look up to and talk to whenever I needed.

I was nine years old when my father was incarcerated and I felt abandoned. I began to resent my father and eventually hate him for leaving us. I stopped talking to him whenever he would call from prison and I wouldn't even read his letters. Seventeen years went by and I hadn't spoken to my father. Two years ago my sisters decided to plan a trip to Italy to try and get the family together again for fear of my ailing mom's demise. I refused. I was adamant and my mind was made up.

Angelo came to my house every Sunday for two months and spoke to me at length about my decision. It was because of his persistence and his guidance that I changed my mind. He made me understand that I couldn't change the past and my father severely suffered without us also. I decided to go and see my father. My father and I reconciled after 17 years and I am forever indebted to Angelo.

I thank you your honor and I ask to please show leniency to Angelo Spata with regards to his sentencing.

Very truly yours,


Santo N. Gaetano

# EXHIBIT VV

Kathleen Kennedy
337 Rockaway Street
Islip Terrace, New York 11752
February 18, 2013


Attention: Joseph Corozzo, Esq.
Rubinstein & Corozzo, LLP
260 Madison Ave.Floor # 22
New York, NY 10016


To The Honorable District Court Judge Kiyo A. Matsumoto:

I am writing this letter on behalf of the defendant Angelo Spata.  My name is Kathleen
Kennedy and I have known Angelo for over five years.  I am a vice president at Citibank
working in the Chief Data Office as a risk professional.  Over the last few years I have
received certifications in project management, PMP, and in information management as a
certified information management professional in data quality, CIMP.  I am married to
my husband Joe and have just celebrated our 29th wedding anniversary.  I have three
children Joseph 28, Maire 23 and Padraic 19.

Family values and respect are very important to me as they are to Angelo.  My middle
daughter Maire is mentally retarded and we have worked extremely hard in integrating
her into the world. It isn't always easy and her brothers have been very influential in her
development.  We find most people outside of our family are uncomfortable around her.
They don't quite understand her stories or youthful behavior.  From the day Angelo met
Maire he treated her just like any other teenager.  He was respectful of her abilities and
never allowed her disabilities to interfere in conversations or family gatherings. Even
Angelo's children treat her as a peer.  This is a perfect example of Angelo's deep
commitment to family and his values.  He has taught by example how a man treats all
people not just the 'normal' ones.  As a mother of a handicapped child I know first-hand
how often this is not the case.

My husband is in the amusement business and has known and done business with the
Spata family for over 20 years.  Five years ago at a trade show I had the pleasure to meet
Angelo.  Since then we have become not only business but social friends with Angelo,
Susan and the children.  I have been to young Angelo's confirmation and Carmine's first
communion.  My faith is my foundation that enables me to get through life's joys and
difficulties.  In today's world most people have lost touch with God and their religion.
Angelo and I often talk about our relationship with God.  He is one of the few people I
have met that truly have the gift of faith.  His love of family and respect for all people are
what make him unique.


Respectfully yours,

Kathleen Kennedy

# EXHIBIT WW

# Giuseppe Mazzaferro

3065 Driftwood Lane                                        Tel: 917-440-1468
Bellmore, NY 11710                                         Fax: 718-504-4331

25 June, 2013

To the Honorable District Court Judge Kiyo A. Matsumoto:

I Giuseppe Mazzaferro,am a 38 year old male currently living in Bellmore, NY with my wife and three beautiful daughters.  I have been working in the construction industry since a teenager.  I enjoy my profession immensely.  I was born and raised in Brooklyn, NY but moved to Long Island approximately 7 years ago.  My work is predominately based in Brooklyn and the remaining boroughs.

My first encounter with Mr. Angelo Spata began our freshman year at Xaverian High School in Brooklyn, New York.  From the start Angelo and I hit it off.  Having been raised by Italian immigrants we found we had a lot of similarities as far family and friends were concerned.  He was always there for me in and out of school.  Our friendship continued even after we parted ways from graduation.  Our friendship is very valuable to me and one that I know will last a lifetime.

Angelo Spata and his relationship with his family has always impressed me. Prior to meeting Angelo he and his family began an annual tradition of decorating the exterior of their home during the Christmas season. This is not just your ordinary Christmas lights display.  Their home attracted people and tourists from many miles away. What impressed me the most is how each family member including Angelo would be involved in the decorating process and also the entertainment provided to the onlookers on the weekends. All of this offered at no cost or fee to anyone.  He would say that the expression on the visitor's faces was enough.  He would willingly give up his time to this process yearly with no expectations other than smiles on people's faces.

In addition, this allowed me to see Angelo has a very family oriented man.  He is devoted to his wife and children and also his parents and siblings.  His family is very valuable to him and I find that very noble especially in this day and age.

I truly hope that this has allowed you to see the type of man, my friend Mr. Angelo Spata is.  Should you have any questions please do not hesitate to contact me.

Respectfully Yours,

Giuseppe Mazzaferro

# EXHIBIT XX

To The Honorable District Court Judge Kiyo A. Matsumoto:

I am writing this letter on behalf of the defendant Angelo Spata. My name is Denise Piccolo. I am an intermediate school teacher at I.S. 27 in Staten Island. I have a masters degree in education and have been teaching for the past 13 years. I have been married for 16 years and have lived in Staten Island my whole life. I believe I am in a position to speak about Angelo Spata's moral character, so I hope you will take this letter into account when making your decision.

I have known Angelo Spata for 18 years now and have always known him to be of the utmost character and reputation. He is a childhood friend of my husband and was the best man at our wedding. Angelo has been a generous, respectful and dependable friend. He has always included us in his life and made us feel like family.

During our friendship, I have seen Angelo develop into a loving husband and father. He puts his children and wife first, is a hard worker and is devoted to providing for his family. He is the kind of person around whom people rally. I believe that Angelo deserves the chance to continue to carry out all that he has achieved thus far. His children are at a vulnerable age and being distanced from his family at this time would be detrimental to all concerned.

Angelo Spata is, in short, a good person. He has always been kind and generous with others. He has a strong sense of duty, which applies in his job, family, and community. He also possesses a great deal of integrity, and constantly strives to make sure he is doing the right thing.

With the utmost respect,


Denise Piccolo

# EXHIBIT YY

Imani Jackson Rosario, MD

50 Dey St. Apt 627

Jersey City, NJ 07306

1/22/13

Dear Judge Matsumoto,

My name is Imani Jackson-Rosario. I am a physician, practicing urological surgeon and assistant professor of surgery at the University of Medicine and Dentistry-New Jersey Medical school in Newark, New Jersey. I am a graduate of Georgetown Medical School and Cornell University. I am a member of the American Urological Association, The Society of Women in Urology and the American Association of University Physicians. I have a special interest in prostate cancer and minority health, and have participated in many community service and outreach activities related to prostate cancer awareness. I was recently the keynote speaker for a fundraising gala held by the New Jersey Law Enforcement Officers Against Prostate Cancer. In addition, I have made multiple recent appearances on radio and television to promote prostate cancer awareness amongst high-risk groups. In enjoy community service activities and have volunteered in Haiti for earthquake relief and sub-saharan Africa for HIV/AIDS prevention initiatives. I have also worked with underprivileged children in inner-city Newark.

I am writing this letter on behalf of the defendant Angelo Spata. I have known Angelo for about 5 years. He is a very close friend of my husband, Ramon Rosario. My husband met Angelo through his work for Zamperla Inc., a company which manufactures and sells amusement park rides and recently took over and revamped Coney Island's Luna Park. They were initially business associates but have become the closest of friends over the past 15 years.

Though I have only known Angelo for 5 years, I feel like we have been friends much longer. When I first met him, I was immediately struck by his warmth, friendly smile, and outgoing personality. He also has a wonderful sense of humor and a way of making people feel welcome. I was also struck by his obvious love and adoration of his wife Susan, and his 3 children Angelo Jr., Luciana, and little Carmine. In fact, his favorite topic of conversation is his family; His parents, mother-in-law, and Susan are usually the main characters in all of his funny stories. And with the exception of my own husband, I have never in my life met a man who was so loving toward and fond of his mother-in-law.

Angelo is a great friend who is always willing to help out in any way he can. When my step-son was going to prom, Angelo arranged for a beautiful limousine to transport him and his friends safely to

and from the event. Angelo can also be counted on for an invitation to dinner at the most delicious and exciting new restaurants, and even better, dinner at his house with Sue and the kids. In addition, he never forgets to ask about our beloved french bulldog Oliver , who is actually a certified therapy dog and visits patients in hospitals and nursing homes in New Jersey, and is definitely the boss in our house!

One of my most fond memories of Angelo is when he and Sue, with less than 24 hours notice, flew to the Dominican Republic to attend our (poorly planned) destination wedding. They had, in fact, just returned from a much needed vacation in Hawaii, only to hop on another plane just a few hours later to be there for us on our special day. I was so very touched by that.

I consider myself to be a good person and upstanding citizen. I am most proud of my community service activities and the fact that as a physician I have had the privilege of improving the lives of my patients, and in many cases, even curing them of cancer. I try to surround myself with people who can help me to become a better person, and who enrich my life through friendship and kindness. Angelo is most certainly one of these people. One of the things I admire most about him is his welcoming personality and how much he values friends and family. I think anyone who knows him would say that those things represent what is most important to him. My husband and I are currently working on starting a family of our own. For me Angelo and Susan Spata, and their beautiful family, are representative of everything  I hope to have in a family of my own one day.

Yours Truly,

Imani J. Rosario

# EXHIBIT ZZ

*Strategic Funding Source, Inc.*
*1501 Broadway*
*New York, NY 10036*

November 13, 2013

Your Honour,

　　My name is James D'Alesando. I am the Executive Director of Sales of Strategic Funding Source, located in New York City. I wanted to show my respect for a gentleman that is Mr. Angelo Spata. I met Mr Spata in 2010 during a business transaction with one of the employees of Strategic Funding. He showed selfless and sincere help for someone that he didn't know at all and further assisted him to process the transaction. I found that Mr Spata has integrity, sincerity and is generous with his time. In the short time that I know him,I have recognized that Mr Spata has been a respectable and reliable source in the business to business community.
I ask you to be merciful in your judgement of Mr Spata.
Thank You for your time.

Sincerely,

James D'Alesandro
Strategic Funding Source, Inc.
(212) 354-1400

# EXHIBIT AAA

Wednesday, November 7, 2012 23:55:51 GMT

NEW YORK

PREVIOUS

# METROPOLIS

NEXT

News, Quotes, Companies, Videos   SEARCH

| News | Culture | Schools | Sports | Politics | Real Estate | Video |

November 5, 2012, 5:01 PM ET

# Gourmet Food Trucks Arrive in Hard-Hit Coney Island

Search Metropolis   SEARCH

Article    Video    Comments

METROPOLIS HOME PAGE ▸

Email    Print

By Alison Fox





MORE WI-FI THAN ANY OTHER AIRLINE.

BUY A WI-FI PASS ▸



Michael Sabella, 54, cooks peppers in Lucy's truck

Alison Fox for The Wall Street Journal

### Don't Miss

Powered by Taboola


Coney Island Store Owner Prepares for Hurricane Sandy
00:43


Sandy's Toll on Staten Island: One Family's Story
06:05


Mayor says post-Sandy conditions are improving but still tough i...
06:21

The thousands of Coney Island residents who lined up for assistance in the Brooklyn Cyclones parking lot Monday got a sweet surprise — powdered sugar-covered zeppoles, sausage and peppers and other street food staples.

Several trucks familiar to the Midtown lunch crowd offered the free food to folks who have had no power or food since Sandy struck. They had been waiting in line in the parking lot for food, clothing and other assistance from the Federal Emergency Management Agency.

Angelo Spata brought two of his Lucy's food trucks, named for his mother, to the lot and served more than 1,000 people Monday afternoon.

"It really is a natural disaster that you thought would never hit the NYC area. It feels good to help out," said Spata, 38 years old. "I said we have to give back to the community."

On the other side of the parking lot sat the recognizable orange striped truck of Korilla BBQ. Inside, four guys slung Korean-style tacos, serving about 600 people Monday afternoon.

The truck was sponsored by JPMorgan Chase [ JPM -5.60% ], said Melissa Shuffield, a spokeswoman for the company. On Monday, trucks were also set up on Coney

### About Metropolis

A blog of reporting and news from New York City, Metropolis is produced by Aaron Rutkoff and Carrie Melago, with contributions from the Wall Street Journal staff. Send tips and comments to metropolis@wsj.com.

Like   Metropolis on Facebook

### Most Popular

Read   Commented   All Blogs

1.  **Weather Journal: Another Storm Possible Next Week**

2.  New Jersey's Gas-Rationing Rules to Last Days

3.  In Powerless Manhattan, Rising Safety Worries

4.  Photos: Inspecting the Marathon Route After the Storm

5.  Fuel Flows Again, Long Lines Remain

Island, the Rockaways and Staten Island. Shuffield said Chase also set up mobile ATM's near the disaster centers.

"It's all positive, so humble," said Korilla BBQ manager Willie Bae of the response to the food. "It's just a great feeling to give and help out any means possible."

They were offering a choice of chicken, pork or ribeye, but had run out of the first two by mid-afternoon.

"It's an awesome feeling," said Bae, 26 years old. "The feedback I've been getting from there, I can tell they're going through a lot."

Coney Island resident Angela Cruz had been living without power since the storm struck last week and had lined up for a sausage and peppers sandwich hot off the grill. She said her power was finally restored Monday.

"We were flooded out," said Cruz, 49 years old. "They're helping people very much. They're doing a good job here. It feels good that there are people helping each other."



Allison Fox for The Wall Street Journal
Coney Island residents wait in line for Korilla BBQ

### More In Sandy

More Trains Chug Back to Life – Including the G

As Storm Blows In, Evacuees Moved to Tent City

In Rockaway Park, Cleanup Hits Home

Christie: Nor'easter Could be 'Setback' for New Jersey

As Another Storm Brews, Wireless Outages Persist

Related: Devastation and Relief Efforts in Rockaway Park FEMA and unofficial volunteers came to aid the battered community with food and clothing. WSJ's Bryan Quinn reports via #WorldStream.

### Job Opportunities

Account Manager - Maruti

Java Developer - Equities - Randstad Technologies

Vice President-SOX Compliance - Integrated Management Resources

Manager of Technology Services (Help Desk) - Columbia University

| keyword | city, state, zip | FIND JOBS |

MORE JOBS AND CAREER NEWS

Finance Jobs | Technology Jobs | Sales & Marketing Jobs

FINS for Employers & Recruiters »      POST A JOB

**$19 Car Insurance\* - New**
Cheapest Rates from $19/mo! Compare & Save up to 65% Instantly
RateCatcher.com/Auto-Insurance

**Free Recipes CD**
Over 10,000 delicious recipes on 1 incredible CD - Free.
www.FreeSoftwareCD.net

**gourmet food**
Make Gourmet Dishes! Get 1000s of Recipes. Free Toolbar
www.recipehub.com

Hurricane Sandy, Sandy, storm

« PREVIOUS
Mayor: Public Housing Should Have Power in Three Days

NEXT »
Army Vet Helps Staten Island Help Itself

METROPOLIS HOME PAGE

Email      Print




· News | · Video | · Message Board | · Classifieds | · Top 50 Fairs | · Photos | · Directories | · Calendar | · Enthusiasts | · About Us | · Home





## Exclusive News and Interviews

Share |

### IAAPA Proves to be a Success for Manufacturers and Suppliers

11/24/2012

By Ron Weber




www.rides4u.com

Orlando - Over 26,000 visitors from 102 countries came to the IAAPA Trade Show and Convention in Orlando. 1,167 exhibitors packed a trade show floor measuring 495,000 square feet. While the trade show is designed primarily for amusement parks, the traveling amusement industry is well represented and both industries share many suppliers.

Coming at the end of the year, the show provides ample lead-time for purchases and buying decisions before things heat up again in the spring.

Tommy Coffing of usedrides.com is one example of a vendor working primarily in the mobile amusement industry who reaps the benefits of attendance at IAAPA. Coffing was on the floor wheeling and dealing and recounting stories of the year. Coffing said business in both ride purchases and collections has been good this year. Coffing said he has been on anti-depressants since November 7th and was the subject of much teasing from Obama supporters throughout the show. We wish Coffing a speedy recovery!

Chance Rides has made a new entry into the mobile business for the first time in many years. They had their new Freestyle seat on display along with an accompanying video. Ray Cammack Shows was reported to have purchased the first portable model.

Zamperia also was on the floor with their new Air Ride in full operation. The model at the show was purchased by Playworld Amusements. The "baby version" of the park model seats 16 and takes approximately 4 hours to erect. Zamperia said response for the ride has been very good and they believed they had 4 sold by show's end.

Another model that is doing very well for them is the Happy Swings. The ride has been featured at the Gibsonton Trade Show and shows large and small have made purchases throughout the year.

Zamperia also famously operates two parks on the newly remodeled Coney Island. Hurricane Sandy did some considerable damage to the parks with seawater rising as high as 6 feet onto the park. Cleanup of the property has just begun so a full assessment of the damage has not been made.

Zamperia said one way or another the park will be open on Palm Sunday and they are looking forward to a great season.

Sandy has been the subject of much discussion at the show where New York area operators told stories of damage and repair. Angelo Spata's Toy Store Amusements is located in Staten Island, ground zero for the storm. He was lucky enough to sustain only a little damage to his equipment, mainly some flooding and marquee damage. Spata lent his generators free of charge to local churches who were operating shelters and also donated food for support of these makeshift care operations.

Joe Kennedy, another New York area operator, happened to be on vacation in Ireland during Sandy so








he avoided the storm and much of the damage on Long Island.

Northeast Midways, operated by the Piskura Brothers, Anothony and David, had their Fabco Manufacturing business, begun by Anthony in 1997, at the show.

Northeast carries 17 - 18 rides and plays events in Connecticut and Rhode Island from April through October. The route consists of town sponsored events, church dates and fire department carnivals.

The show owns a Gravitron, Ferris Wheel, Merry Go Round, Tilt-A-Whirl, a slide and several kiddie rides. The 2012 season was tough for the brothers. They did not experience total washouts but were on the receiving end of bad weather on key days that Anthony described as "surgical strikes".

Anthony began Fabco in 1997 when he left the carnival for a few years. He started manufacturing ride fence and has now expanded into entrance gates, height signs, overhead entranceways, line queuing devices and front gates.

He has sold gates to shows such as Modern Midways and this year he is coming out with a smaller version, outfitted with all-LED lights.

When talking about LED lights, no one had a booth dedicated to the new technology like Denny,s electronics. Dennis Bartosik came out of semi-retirement a few years ago at the beginning of the LED tidal wave. From the beginning, he preached about the energy savings of the lights as well as the quality and versatility of his American-made product.

In the beginning, there were many new entrants into the market. Some of the lights were of poor quality but could be purchased cheaply and did not have the color capabilities and patterns of the higher end lights. As the issues became better defined and the quality tested over time, the higher quality products began to win the day and Denny,s was one of the leaders on that front.

Strates shows did their entire Dutch wheel in LED lights and to this date, every light is still working. Powers Great American has had similar results with their Sky Diver where just one light has burned out since the project was completed.

Building on an excellent reputation, Bartosik said he has been inundated with requests for work. Wade Shows had a Mega Drop redone, Mike Wood did his Gravitron, Modern Midways did their Yo-Yo, Powers came back to do their Drop Tower, Freak Out and Pharoah,s Fury, Tim Coleman did his Thunderbolt and Kevin Tate did a Century Wheel, just to name a few recent projects.

Manufacturers have also come calling. Denny,s worked with Larson and A.R.M on Swing Rides, Owen on a Big Bamboo and three wheels with Watkins.

Entering his 24th season in the industry, Jay Jessup of Jessup Amusements in Greencastle, IN was at the show looking at some automated ticket boxes.
Jessup's carnival carries 14 rides including a Starship, Gravitron and a Round Up. In the offseason, he will be rebuilding an Octopus, bringing his ride count to 15.

Jessup plays church festivals, a handful of county fairs and shopping centers, all in Indiana. He never books additional equipment and keeps busy throughout the season. 2012 was a good season, marred only by extreme heat and drought in the summer.

Another carnival owner making purchases at the show was Ray Guthrie of Peachtree Rides. The shows carries 22 rides and plays in Atlanta and Northern Georgia. Along with his brother, owner of Gold Medal Shows, they produce the Atlanta Spring Fair at Turner Field in the heart of the city.

Guthrie purchased a new Majestic Scooter and two trains from China. He is also rebuilding his Ring Of Fire. Gold Medal shows had their new Flying Dutchman on display in the outside area.

Niece Becky Guthrie owns a special event rental company called Jee Biz. Becky rents stages, performs parking services, rents toilets and provides ticketing services for events. They recently rented a stage to the Georgia State Fair and have worked with concert producer Ameri-Pop, LLC

KMG had a very successful show and production for the company is now booked through July 4 of 2014. Sales Manager Peter Theunisz said "We spoke with many US and European park owners who were interested in our park versions of the Speed, Fire Ball and High Swing. Already on the first day we sold a Freak Out to a US carnival (delivery end of 2013) and a 'new' ride to Australia (delivery end of 2014). The following days we sold another Freak Out to Windy City Amusements of Chicago and a Speed ride for an American park."

Confirmed deliveries for 2013 include a Speed (2nd unit) for NAME in January 2013, a Speed (2nd unit) for Ray Cammack Shows in January 2013, an Inversion for Southern Cross Rides in May 2013, a Speed for Frazier Shows in June 2013, a X-Factory for Fiesta Shows in August 2013, and a Freak Out for Butler Amusements in December 2013.

As the show was winding down, other purchases were reported by show owners and manufacturers. Amusements of America bought a Circus Train, a Sizzler and a new LED package for their Fireball.

**Click here to view photos from the 2012 trade show.**







 

# EXHIBIT BBB

To The Honorable District Court Judge Kiyo A. Matsumoto,

I am writing this letter on behalf of the defendant Angelo Spata. My name is Jaclyn Piazza. I am one of Angelo's nieces. I have known Angelo for 20 years. He has been married to my Aunt (Susan Spata) for 17 years. When I was just 3 years old my father passed away, and not having him around wasn't easy. But growing up became easier by having the love, guidance, and support of my uncles, especially Angelo.  He has always been there for me and my family. He's the one you call at anytime and if you need him he's right there.

Angelo has always gone above and beyond for the people he loves, but he also has given his helping hand to the unfortunate and those in need.  During the devastating aftermath of "Hurricane Sandy", my uncle set up food stands in Coney Island and handed out food to those in need, he donated his time, his workers, and any food he could.

I have always looked at him as an exceptional man, and not just because he is my uncle, because he is a true gentleman. He has these true old fashioned qualities that define his character as a person and which make him the honest, generous, and fun loving person I am proud to call my Uncle and my friend.

He has devoted his life to my aunt and their 3 children. He is an amazing, wonderful father, always there for his kids. He takes them to school and picks them up, cooks for them, all in all while he strives to guide them in the best way he can by leading in good example. His children are now all transitioning into different stages in their lives and their father's guidance and presence is so very important in their lives. Angelo is truly someone his children and family cannot be without.

I am aware that Angelo will come before you for sentencing for a crime he has pled guilty to and I am writing to let you know a little of the Angelo I know and love so that you may consider a lighter sentencing.


Sincerely,

Jaclyn Piazza

# EXHIBIT CCC

February 15 2013


Angela D'Apice
58 Admiralty Loop
Staten Island, NY 10309


To The Honorable District Court Judge Kiyo A. Matsumoto


I am writing this letter on behalf of the defendant Angelo Spata.  My name is Angela
D'Apice.  I graduated from Tottenville High School Staten Island NY in 1984.  I currently
own my own catering business and have worked in the movie and television industry for
the last 8 years. Prior to that I have been an optician working in Manhattan and Staten
Island for 18 years.

I have known Angelo Spata for over 20 years.  Angelo is married to Susan Persico who
shares the title with me of Aunt to our 3 nieces.   Our relationship started to develop
more so after my brother in law was incarcerated in early 2000.  We have always been
like family even after the divorce of my sister and brother in law. That's just the kind of
man Angelo is.  He always made me feel like I belonged to this family even after our
families separated.  We still had the common bond we shared of the concern and
welfare of our nieces.  It was hard having 3 young nieces to worry about with no father
around, and Angelo was the man who was there.  Guiding them,  offering good advice.
and still does, everyday. Always offers help, love and advice when it came to family.
Even with family of his own to worry about,  being a hands on dad, going to games,
picking his kids up at school. Angelo always had time to go over my concerns, come up
with a plan and implement it.  His love and concern for his family goes above and
beyond what you expect from an uncle.  He's more like a father to everyone.

Angelo loves his family and friends as well. He is a solid foundation for them both.  One
of the hardest workers that I know. He will put in a 18 hour day 6 days sometimes 7
days a week with out the blink of an eye.  He always said "you only get out what you put
into something, theres nothing wrong with a little hard work.  It makes you appreciate
things more."   He puts his all into everything he does. It's these beliefs along with
structure, tradition, setting a good example, loyalty, and above all honesty.  (which I find
to be are rare qualities in people today), which makes him the man he is.

We would sit on the phone for hours talking about our concerns for our family and how
we can teach the younger ones to understand what would be best for them.  If I left a
message he would call back right away, even if it was to talk about my own personal
problems, Angelo was always there to lend a hand, an opinion, just that solid foundation
I was talking about before.  Someone you could always count on.  He's also a great

husband and father. I have spent many holidays, birthdays, christenings, with him and his family and if I had children of my own, Angelo would be the kind of man I would like them to be around. Someone they can look up to. Always welcoming and inviting, but stern and secure in what he believes in. I know one thing, having him around to lean on has lifted a burden off so many of us. Just knowing he is there even if you don't speak everyday, makes that day easier to get through, because if you ever needed him, he would drop everything and be right by your side.

I hope with this letter, you get a chance to appreciate the man who Angelo Spata is. Husband, Father, Uncle, Friend. I know I do.

Thank you for your time.

Best Regards

Angela D'Apice

# EXHIBIT DDD

LAW OFFICES
OF
ANTHONY REITANO
8817 3rd Avenue
Brooklyn, NY 11209
718-236-7600

February 4, 2013

District Court Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Angelo Spata

To The Honorable District Court Judge Kiyo A. Matsumoto:

As an Attorney in good standing and former law partner of Vincent Spata, Angelo Spata's older brother, I ask the Court show leniency and mercy in Angelo Spata's sentencing.

During those many years as Vincent's partner I was able to observe their brotherly interactions. There were many times that Angelo lent his brother a helping hand, gave his brother useful advice or just listened to his brother's problems. They maintained a very close relationship.

From my perspective, Angelo has been a significant positive force in the lives of many individuals, including but not limited to, Vincent's wife Giovanna Gaetano Spata, Vincent's brother in law Santo Gaetano and Vincent's sister in law Maria Gaetano Catalano. Indeed, Angelo was a strong father figure and constant presence in their lives.

Additionally, I was also a witness to Angelo's desire to help the inner city youth. From a conversation that I had with Angelo I came to understand that Angelo's drive was the happiness that he brought to a community. Angelo is part of the many Carnivals and Street Fairs that take place in some of the City's poorest neighborhoods. Often his equipment was stolen or vandalized. However, year after year Angelo ventured into these communities and contributed to these Carnival and Street Fairs with the knowledge that he may lose that equipment.   I specifically asked Angelo why he continues to operate in neighborhoods that posed a danger to his equipment.

Angelo explained that some of the children in the poorest of neighborhoods had never gone to an amusement park or have even been on a vacation. In fact, these Carnivals and Street Fairs are an important part of the children's lives. Angelo went on to state that the children wait for arrival of his equipment every year.  He never gets tired of hearing a child's scream of joy as they spin on one of the rides or the look in a child's eyes as they see all the lights and hear the sounds of the street fair.

Again I ask the Court take into consideration all the good that Angelo Spata does for the children of the City of New York and show leniency and mercy in sentencing.

Very Truly Yours

Anthony Reitano

# EXHIBIT EEE

*Church of St. Bernard*

2055 East 69th Street

Brooklyn, New York 11284-6091

(718) 763-5538 — Fax (718) 763-0224

August 12, 2013

The Honorable Kiyo A. Matsumoto
United States District Court Judge

Dear Judge Matsumoto:

I am writing this letter on behalf of defendant, Angelo Spata, whom I have come to know in both a professional and personal manner.  I first met Angelo approximately twenty (20) years at the Annual Feast of Our Lady of Mount Carmel in Brooklyn and over the years he has been both a friend to me as well as helped me in numerous fundraising events held at Mary Queen of Heaven and St. Bernard Churches.  He has been overly generous with his talents and fundraising skills for my own and other local parishes time and time again!

Angelo has a wonderful wife and three beautiful children.  He is a dedicated man with strong family ties, and is wholeheartedly devoted to his friends as well as his family.

I understand from what I have been told, that unfortunately, Angelo did not do the right thing, but I am of the opinion that he is a good and decent man.  He has performed countless good works for our community after the devastation caused by "Super Storm" Sandy helping individuals to clean-up and recover from personal and business losses.  More specifically, he was present at Cyclone Stadium (MCU Park in Coney Island) at the relief center that was set up, helping out and providing entertainment, prizes and food for those who were hardest hit.

I would ask that all his good works over the years and his selfless concern for the people directly affected by the storm be taken into consideration and that you be as lenient as possible during his sentencing.  I truly believe that Angelo Spata is an honest man who made a poor choice.

If you need any further information, please feel free to contact me at your convenience.

Sincerely,

Msgr. Jamie J. Gigantiello
Pastor

# EXHIBIT FFF

December 3, 2013

Attention: Joseph Corozzo, Esq.
Rubenstein & Corozzo, LLP
260 Madison Ave.
Floor #22
New York, NY 10016

To The Honorable District Court Judge Kiyo A. Matsumoto:

I am writing this letter on behalf of the defendant Angelo Spata. My name is Johanna Zaki, I currently hold a position as the Director of Operations for the Alliance for Coney Island, and it is through my work in Coney Island that I've had the opportunity to know Mr. Spata. I've been working in Coney Island since 2010, first as the marketing director for Luna Park, and since the beginning of this year in my current role with the Alliance.

I first met Mr. Spata in early 2010, during my post at Luna Park. Over the past 4 years, I've had the opportunity to work with Mr. Spata on events to provide free programming for Coney Island visitors and residents, as well as fundraising events forming part of Sandy relief efforts for Coney Island, a community severely devastated by Super Storm Sandy.

Mr. Spata has volunteered his time in support of programs and events that promote Coney Island as a family-friendly destination, and serve the Coney Island community by addressing fundamental needs present. In the aftermath of Super Storm Sandy, Mr. Spata supported relief efforts through personal contributions, and was instrumental in coordinating product donations for a fundraising gala which raised thousands in relief funds.

I know Mr. Spata as a socially conscious individual, always willing to lend a helping hand. Please feel free to reach out to me with any questions, or in request of additional details.

Sincerely,

Johanna Zaki
201-654-5065
Johanna.zaki@gmail.com

# EXHIBIT GGG

Honorable District Court Judge Kiyo A. Matsumoto

Dear Judge Matsumoto:

We are writing this letter on the behalf of the defendant Angelo Spata. We felt that it was important to write this letter together to show how important our uncle is to us, as well as how he impacts our lives together.  We are Michael and Tara Persico.  We were married in June of 2011, two and a half years ago.  We look towards our Uncle and Aunt Angelo and Susan Spata as role models for how our family could one day be.  We have just purchased our first home together, and we are in the arduous process of remodeling it.   The Spatas have been giving us essential support and advice to truly make our home unique and ours.  As we look to our future and begin our family, we know that our Uncle and Aunt will be an invaluable source of knowledge on how to raise a family.  They have three amazing children, and we can only hope that we too can raise our children in such a fashion.  Alas, all of their accomplishments were done as a family and to separate them is unimaginable to us.  They move in such a fluid motion when it comes to the care of their home and family that is a well oiled machine, and when they are in public their love for one another and their children is unquestionable.

Angelo Spata takes not only pride but a genuine interest in the everyday activities of his children and family members, from basketball games to dance competitions, he is there showering them with love and support.  However he is also a source of discipline and structure.  All three of the children are polite and respectful and do well in school and are active in extra-curricular activities.  He is an integral part of educating his children on the importance of hard work.  Each one has either worked a choir or helped at a family business over the summer.  Their children are on the proper path, but it is hard to

understand or contemplate how coming events may impact the development of the Spatas children as each one is at pivotal developmental stage. Angelo, the oldest, is beginning to prepare for college; Luciana has just entered her teens and Carmine will soon be in middle school.  Any amount of time Uncle Angelo may spend away from his children will only have a negative impact on them, as well as Aunt Sue herself as she will be forced to become the sole caretaker and bread winner.

Uncle Angelo and Aunt Sue have opened their home to everyone in our family, making it the place family and friends come for special occasions or just to hang out. Already we have been witness to some occasions where Uncle Angelo could not attend and with any one person saying it, you knew what everyone in attendance was feeling; they were feeling empty.  Now what happens to the Spata home without him?  It will lose it centrality as how can it ever feel the way it did without Uncle Angelo?  While we have been renovating our own home we have gone to great lengths to make our home as inviting as the Spatas have made their home. Without Angelo Spata, the effects will be devastating for all who have an intimate or even a less formal relationship with him.

Sincerely,

Michael Jr. & Tara Persico